# Exhibit 6

# ALOFT MEDIA, LLC

211 W TYLER ST SUITE C
LONGVIEW, TX 75601-6398

March 4, 2022

Mr. Brett Belda
SSI Schaefer
10021 Westlake Dr
Charlotte, NC 28273

Via Federal Express
Re:    Aloft Media, LLC Patent Portfolio
        Notice of Possible Patent Infringement and Offer of License

Dear Mr. Belda,

Our company, Aloft Media, LLC ("Aloft") is the owner of full right title and interest in a portfolio of patents that we believe may be relevant to your business. Our active patent portfolio includes over fifteen issued U.S. Patents and twelve applications[1].

It has come to our attention that your company may be presently practicing, and potentially infringing, at least one of the patented inventions. In disclosure of the basis for our conclusions, and for your examination and comment, I am attaching to this letter the enclosed Claim Chart for your review.[2] This Claim Chart is not exhaustive of your possible infringements, but rather they are exemplary of patent claims we believe may be presently infringed, based on our current due diligence research.

We urge you to consult with your counsel and technical staff regarding the correctness of our analysis and conclusions. These claim charts are based on our independent investigations based on publicly accessible information. We are very open to receive and discuss with you any additional information you may believe to be relevant.

If you have evidence or arguments that your company's practices do not fall within any of the patent portfolio's claims, or if you believe your products or technology is already licensed through Aloft's existing business relationships, please let us know. We consider this letter as the beginning of a two-way exchange of information – a notice of our conclusions, but also an invitation to a discussion with you if you believe our conclusions are inaccurate.

We are contacting and offering licenses to you and other companies like yours that we believe may be infringing one or more claims of the patents in the portfolio. We are writing to you at this time to initiate a mutually beneficial and amicable business discussion. Some of these patents have already been licensed to over 520 large international corporations, and we trust you will want to join them.

---

[1] A complete listing of Aloft Media, LLC's patents and applications, including provisional and abandoned applications and expired patents, is attached to this letter as Exhibit 1.
[2] The enclosed Claim Charts are designated as **CONFIDENTIAL** pursuant to Federal Rule of Evidence 408 and **PRIVILEGED** – all Privileges are asserted including Attorney Client and Attorney Work Product Privileges. The Claim Charts are **DRAFTS ONLY**, based on the best available information and reasonable conclusions drawn therefrom, and the Claim Charts and are subject to revision at any time.

Even if you are not presently practicing any of the inventions in the portfolio, we believe you will find them to be useful and valuable inventions and that can keep you competitive with other companies in your field. However, if you agree with our conclusion (of the relevancy of these patent assets to your company), then this is an opportunity to amicably resolve any past infringement and clear the path for your future, properly licensed, development. Finally, any patent in the portfolio that you are not presently practicing are offered to you for licensing now, such that you will have confidence that your future technology will not necessitate the negotiation of additional licenses. Aloft continues to develop its portfolio through continued prosecution and exploring potential additional IP acquisitions.

George Street Partners ("GSP") is our authorized licensing agent. Todd Schmidt, an agent of GSP, will be contacting you within the next few days regarding this licensing opportunity. Aloft Media, LLC, through GSP, is presently willing discuss licensing terms at preferential rates for your prompt resolution of this matter, thereby avoiding costly legal entanglements for both sides. If you have any immediate questions, please contact Todd Schmidt directly. His contact information is below.

Todd Schmidt
Agent for Aloft Media, LLC
Email:   todd@georgesp.com
Cell #:  773.575.3958


We look forward to working with you and resolving this matter quickly and to our mutual benefit.

Sincerely,

Andrew Gordon

Andrew Gordon, Manager

# EXHIBIT 1

## U.S. Patents and Patent Applications of Aloft Media, LLC

| PATENT # | TITLE |
|---|---|
| US8682961 | Hyperlink with Graphical Cue |
| US8683003 | Hyperlink with Graphical Cue |
| US10042823 | Hyperlink with Graphical Cue |
| US10078623 | Hyperlink with Graphical Cue |
| US10372793 | Hyperlink with Graphical Cue |
| US10482164 | Hyperlink with Graphical Cue |
| US10691874 | Hyperlink with Graphical Cue |
| US8700704 | Message board aggregator |
| US8352419 | Online marketplace for automatically extracted data |
| US8996594 | Online marketplace for automatically extracted data |
| US8224298 | Systems and methods for mobile media services utilizing a short form command structure |
| US8949340 | Systems and methods for organizing content for mobile media services |
| US7856472* | Instantaneous symbol lookup |
| US7849148* | Instantaneous symbol lookup |
| US8219615* | Instantaneous symbol lookup |
| US7529795* | Message board aggregator |
| US8180829* | Message board aggregator |
| US8219906* | Instantaneous symbol lookup |
| US7647351* | Web Scrape Template Generation |
| US8185096* | Systems and methods for multi-modal mobile media services |
| * - Expired Patents: Due to non-payment on maintenance fees | |

| APPL. # | TITLE |
|---|---|
| 16/933,982 | Systems and Methods for Organizing Content for Mobile Media Services |
| 16/826,158 | Hyperlink with Graphical Cue |
| 16/537,491 | System, Method, and Computer Program for Collecting Data for Marketplace Presentation |
| 17/515,020 | Systems and Methods for Organizing Content for Mobile Media Services |
| 12/620,570† | Online marketplace for automatically extracted data |
| 12/620,573† | Online marketplace for automatically extracted data |
| 13/301,771† | Systems and Methods for Organizing Content for Mobile Media Services |
| 13/430,658† | Systems and Methods for Mobile Media Services Utilizing a Short Form Command Structure |
| 14/673,833† | Online marketplace for automatically extracted data |
| 14/510,055† | Systems and methods for organizing content for mobile media services |
| 16/039,304† | Systems and methods for organizing content for mobile media services |
| 16/056,491† | Hyperlink with Graphical Cue |
| 60/781,141† | Hyperlink with Graphical Cue |
| 60/784,140† | Hyperlink with Graphical Cue |
| 60/888,310† | Systems and Methods for Mobile Media Services |
| 60/940,296† | Systems and Methods for Mobile Media Services with Command Disambiguation |
| PCT/US07/06902† | Message board aggregator |
| † - Abandoned or Expired Application | |

## Patent License Agreement
## Aloft Media, LLC Patent Portfolio

This Patent License Agreement ("Agreement") is entered by and between Aloft Media, LLC ("Licensor") and the entity listed in the signature block below ("Licensee")(each, a "Party" and together "Parties), and it is effective as of the date listed below (the "Effective Date").

1.      **"Affiliate"** means an entity Licensee controls through the power to direct the management or policies of the entity, whether through the ownership of more than 80% of the ownership interests in the entity or by contract.

2.      **"Licensed Patents"** means the following: (a) all patents and patent applications currently or in the future owned, controlled, and/or assigned to Licensor or any entity that Licensor currently owns or controls,  including but not limited to the U.S. Patents and U.S. Patent Applications listed in **Exhibit 1**; (b) all U.S. patents or patent applications directly or indirectly claiming priority to or from any of the foregoing; (c) any continuations, divisionals, continuations-in-part, extensions, renewals, substitutes, reissues, reexaminations, patents or parent applications of any of the foregoing; (d) any patents or patent applications claiming priority to any of the foregoing or from which any of the foregoing claim priority; and (e) any and all foreign counterparts of any of the foregoing.

3.      **"Licensed Activities"** means any activity, including making, having made, using, selling, offering for sale or importing (or contributing to or inducing any of the foregoing) of any product, service, method, process or invention described by, or covered in whole or in part by, any one or more claims of any of the Licensed Patents.

4.      **"Licensed Users"** shall mean Licensee and its Affiliates.

5.      **Release for Activities prior to the Effective Date**.  For activity prior to the Effective Date, and upon receipt of Payment pursuant to this Agreement, Licensor irrevocably releases, acquits, and forever discharges Licensee and its Affiliates from any and against all claims relating in any way to the Licensed Patents, known or unknown, except for the obligations imposed under this Agreement.  This Release, when effective, also extends to third-parties providing goods or services to Licensee or its Affiliates such that the third-party's cooperation with Licensee or its Affiliates prior to the Effective Date shall also be released but solely and exclusively to the extent that the third-party's work was for the direct benefit of Licensee or its Affiliates.  No other activity of the third-party is released by this Agreement.

6.      **Licensor Representation and Acknowledgement**.  Licensor represents and warrants as of the Effective Date that (i) Licensor owns the Licensed Patents and has the exclusive right to grant licenses and releases with respect to the Licensed Patents in accordance with the terms and conditions of this Agreement, and (ii) to Licensor's knowledge as of the Effective Date and in reliance on the accuracy of Licensee's representations and warranties to Licensor, Licensor is not aware of any U.S. Patents owned by Licensor, other than the Licensed Patents, that would be infringed by the Licensed Activities of Licensee.

1

7. **License for Licensed Activities on or after the Effective Date**. For activity on or after the Effective Date, and upon receipt of the Payment set forth in this Agreement, Licensor grants to Licensee a non-exclusive, non-transferable (except as provided under "Transfer of License" below), non-sublicensable, royalty-free, worldwide, personal, license under the Licensed Patents to the Licensed Activities for the life of the last surviving Licensed Patent.

8. **Have Made Rights**. In addition to the License rights set forth above, Licensee shall also have the right to work with and direct third-parties providing goods and services to Licensee such that the third-party's cooperation with Licensee shall also be licensed *but solely* and exclusively to the extent of the third-party's work is for the direct benefit of Licensee. No other activity of the third-party is licensed or permitted by this Agreement.

9. **Confidentiality**. Except where such disclosures are required by law or the Parties have given consent in writing, the Parties agree to keep confidential and not disclose to any third-party:

(a) any of the terms and conditions of this Agreement, and,

(b) any of the negotiations and discussions that preceded its making; and non-public financial information except;

    (i) as is necessary to effectuate any term or provision of this Agreement, including any subsequent litigation to enforce this Agreement;

    (ii) to either Party's insurers, as necessary to pursue insurance claims;

    (iii) to a Party's accountants or lawyers;

    (iv) as is reasonably necessary to comply with the Securities and Exchange Commission's disclosure requirements;

    (v) to a third-party in connection with a due diligence investigation between the third-party and the Party seeking to make the disclosure, provided prior to seeing the information, the third-party enters into a non-disclosure agreement ("NDA") with confidentiality terms substantially the same as the terms used to protect the Party's own financial information;

    (vi) to existing and potential future investors and/or shareholders of the Party, provided the third-parties enter into a NDA as described in (v) above; and,

    (vii) as required by law or court order upon notice to the other Party sufficiently in advance of such disclosure to permit the other Party to seek a protective order (unless the disclosure is in response to a discovery request in litigation involving the Licensed Patents and in which a protective order has already been entered, in which case this Agreement may be produced provided it is designated "Confidential" without notice to the other party).

Licensor may reveal the existence of this Agreement and identity of Licensee in conducting confidential negotiations with other potential Licensees of the Licensed Patents. Licensor may not disclose the existence of this Agreement and identity of Licensee to the general public through publication on a website or in a press release.

2

10.      **Transfer of License.**  This Agreement shall not be assigned or transferred by Licensee or an Affiliate of Licensee without the prior, written consent of Licensor, unless such assignment or transfer is in connection with the sale of all or substantially all of the assets of Licensee, its Affiliates or a business division thereof.  In the event of all or substantially all of the assets of the Licensee, an assignment or transfer of this Agreement shall only license the Licensed Activities of the acquired business, any affiliate of such entity or any other entity, beginning after the effective time of such transfer, unless upon notice and agreed to in writing by the Licensee prior to the effective time of such transfer.  This Agreement will inure to the benefit of and be binding on any such assignee or transferee of Licensee.

11.      **License Revocation if Patents Challenged.**  Notwithstanding anything in this Agreement to the contrary, the licenses and other rights granted in this Agreement shall immediately terminate in the event Licensee directly or indirectly challenges the validity or enforceability of any Licensed Patent by asserting such arguments in any court proceeding or in filing a reexamination or other post-grant proceeding with the United States Patent Office or the patent office of another nation.

12.      **Survival of Agreement Terms.**  No challenge to the validity or enforceability of any licensed Patent, or ruling on such validity or enforceability by any administrative or judicial body, shall have any effect on the validity or enforceability of this Agreement.

13.      **No Construction against Drafter.**  This Agreement results from negotiations between the Parties and each party acknowledges that it has had the opportunity to negotiate modifications to the language of this Agreement.  Accordingly, each Party agrees that in any dispute regarding the interpretation or construction of this Agreement, no statutory, common law, or other presumption shall operate in favor of or against any Party hereto by virtue of his or its role in drafting or not drafting the terms and conditions set forth herein.

14.      **Severability.**  If any term of this Agreement is determined by an appropriate U.S. court to any extent to be invalid, illegal, or incapable of being enforced, such term shall be excluded to the extent of such invalidity, illegality, or unenforceability.  All other terms in this Agreement shall remain in full force and effect.

15.      **Entire Agreement.**  This Agreement is entered into for purposes of settlement and compromise only.  Nothing contained in this Agreement, or done or omitted in connection with this Agreement, is intended as or shall be construed as an admission of any fault, liability, omission, or wrongdoing whatsoever.

16.      **Counterparts.**  This Agreement may be executed in any number of counterparts and by the Parties on separate counterparts, and each such counterpart shall be deemed to be an original, but all such counterparts shall together constitute but one and the same Agreement.

17.      **Term**.  This Agreement shall begin on the Effective Date and continue until six years after the last of the Licensed Patents expires, unless this Agreement is terminated.

18.      **Governing Law.**  This Agreement shall be interpreted under the laws of the State of Delaware without reference to choice of law provisions.

19.      **Notices.**  All notices or other communications required or permitted to be given pursuant

to this Agreement shall be in writing and shall be deemed adequately given if delivered in person or sent by registered or certified mail or currier service, return receipt requested, to the following addresses or such other address as may be designated by a Party by a notice in compliance with this paragraph:

If to Licensor (Aloft Media, LLC):
      Aloft Media, LLC
      Attn:  Corporate Officer
      211 W TYLER ST SUITE C
      LONGVIEW, TX 75601-6398

If to Licensee:

      _____

      _____

      _____

20.    **Execution.**  Execution of this Agreement may be accomplished by the Licensee signing this Agreement and transmitting the signature page to the Licensor via mail or other delivery service of the original signed signature page, or by facsimile or e-mail.

21.    **Payment Amount**.  In acceptance of and consideration for the terms of this Patent License Agreement, pursuant to this Agreement, the Licensee shall pay the Licensor a fully paid-up, non-refundable, lump-sum patent infringement settlement and release payment equal to the amount of:

_____ (U.S. $_____)
(the "Payment Amount").

22.    **Payment.**  Payment shall be made within ten (10) calendar days of the Effective Date. Payment shall be made by check or wire delivered to George Street Partners, as follows:

**If by check:**

George Street Partners
11686 Oak Tree Way
Suite 101
Carmel, IN 46032

**If by wire (add $15 USD for incoming wire fee):**

If by **WIRE:**
Chase Bank
Attn: George Street Partners
10495 N. Michigan Road
Carmel, IN 46032
ABA (routing)#: 021000021
ACCOUNT# 723276827

4

If by **ACH**:
Chase Bank
Attn: George Street Partners
10495 N. Michigan Road
Carmel, IN 46032
ABA (routing)#: 074000010
ACCOUNT# 723276827

George Street Partners will complete a W-9 form or other paperwork if required by the Licensee to issue the above-described payment.

\* \* \* \* \*

**IN WITNESS WHEREOF**, the Parties hereto have caused this Agreement to be made and executed by duly authorized representatives as of the Effective Date.

**Effective Date:** _____
                        (Date Agreement Executed by the Licensee)

**Licensor:** Aloft Media, LLC                    **Licensee:**
A Texas Limited Liability Company           A _____ Corporation

Signed by: _____           Signed by: _____

Name (print): Andrew Gordon_____        Name (print): _____

Title: _____           Title: _____

Date: _____           Date: _____

5

# EXHIBIT 1
## U.S. Patents and Patent Applications of Aloft Media, LLC

| PATENT # | TITLE |
|---|---|
| US8682961 | Hyperlink with Graphical Cue |
| US8683003 | Hyperlink with Graphical Cue |
| US10042823 | Hyperlink with Graphical Cue |
| US10078623 | Hyperlink with Graphical Cue |
| US10372793 | Hyperlink with Graphical Cue |
| US10482164 | Hyperlink with Graphical Cue |
| US10691874 | Hyperlink with Graphical Cue |
| US8700704 | Message board aggregator |
| US8352419 | Online marketplace for automatically extracted data |
| US8996594 | Online marketplace for automatically extracted data |
| US8224298 | Systems and methods for mobile media services utilizing a short form command structure |
| US8949340 | Systems and methods for organizing content for mobile media services |
| US7856472* | Instantaneous symbol lookup |
| US7849148* | Instantaneous symbol lookup |
| US8219615* | Instantaneous symbol lookup |
| US7529795* | Message board aggregator |
| US8180829* | Message board aggregator |
| US8219906* | Instantaneous symbol lookup |
| US7647351* | Web Scrape Template Generation |
| US8185096* | Systems and methods for multi-modal mobile media services |
| * - Expired Patents: Due to non-payment on maintenance fees | |
| APPL. # | TITLE |
| 16/933,982 | Systems and Methods for Organizing Content for Mobile Media Services |
| 16/826,158 | Hyperlink with Graphical Cue |
| 16/537,491 | System, Method, and Computer Program for Collecting Data for Marketplace Presentation |
| 17/515,020 | Systems and Methods for Organizing Content for Mobile Media Services |
| 12/620,570† | Online marketplace for automatically extracted data |
| 12/620,573† | Online marketplace for automatically extracted data |
| 13/301,771† | Systems and Methods for Organizing Content for Mobile Media Services |
| 13/430,658† | Systems and Methods for Mobile Media Services Utilizing a Short Form Command Structure |
| 14/673,833† | Online marketplace for automatically extracted data |
| 14/510,055† | Systems and methods for organizing content for mobile media services |
| 16/039,304† | Systems and methods for organizing content for mobile media services |
| 16/056,491† | Hyperlink with Graphical Cue |
| 60/781,141† | Hyperlink with Graphical Cue |
| 60/784,140† | Hyperlink with Graphical Cue |
| 60/888,310† | Systems and Methods for Mobile Media Services |
| 60/940,296† | Systems and Methods for Mobile Media Services with Command Disambiguation |
| PCT/US07/06902† | Message board aggregator |
| † - Abandoned or Expired Application | |

A method, comprising:

providing content for at least one web page,

the at least one web page including a set of one or more representations of one or more menu items and a set of one or more representations of one or more hyperlinks,

and the at least one web page configured to:

SSI Schaefer makes and/or uses a method, comprising: providing content for at least one web page including a set of one or more representations (e.g., top-level menu items, hyperlinks, etc.) of one or more menu items and a set of one or more representations (e.g., second-level menu items, hyperlinks, etc.) of one or more hyperlinks, and the at least one web page configured to:







https://www.ssi-schaefer.com/en-us

**WELCOME TO SSI SCHAEFER**

| | |
|---|---|
| cause display of the set of one or more representations of one or more menu items of the at least one web page, without any images being used in the display of the set of one or more representations of one or more more menu items, and with the set of one or more representations of one or more more hyperlinks being initially hidden and taking the form of hypertext including one or more textual representations of one or more hyperlinks, | SSI Schaefer makes and/or uses a method comprising a webpage configured to *cause display of the set of one or more representations* (e.g., top-level menu items, hyperlinks, etc.) *of one or more menu items of the at least one web page, without any images being used in the display of the set of one or more representations of one or more menu items, and with the set of one or more representations* (e.g., *second-level menu items, hyperlinks, etc.*) *of one or more representations being initially hidden* (e.g., not visible to the user, etc.) *and taking the form of hypertext including one or more textual representations of one or more hyperlinks* (e.g., *the second-level menu items are text items associated with the second set of hyperlinks, etc.*). |

CONFIDENTIAL



## WELCOME TO SSI SCHAEFER

### Determine What Automated Solution is Best for Your Application

Whether you have all your ASRS automation or need to improve a process by adding additional automation, this Inset Best Practice Guide is an essential read and gives a great overview of the fundamentals.

Since 1937, SSI SCHAEFER has been leading the way in storage and shelving solutions. Today, SSI SCHAEFER offers a complete line of automated material handling applications–including ASRS systems and warehouse management software. With automated storage and retrieval systems, our team of engineering experts can help with project conception all the way to installation and support. With a large portfolio of product solutions like high bay warehouse support structures, shuttle systems, cold chain storage and omnichannel fulfillment centers, our team knows what it takes to design, implement, and service complete ASRS systems.

If you are looking for an industry specific solution, feel free to give us a call. Our team of industry experts understand the challenges in retail e-commerce fulfillment, cold chain storage, food and beverage distribution, pharmaceutical track and trace regulations, agriculture storage, and grocery e-commerce. With more than 70 office worldwide and 10 production facilities, our team of experts can help you no matter where your application is located.



https://www.ssi-schaefer.com/en-us



WELCOME TO SSI SCHAEFER

Since 1937, SSI SCHAEFER has been leading the way in storage and shelving solutions. Today, SSI SCHAEFER offers a complete line of automated material handling applications—including ASRS systems and warehouse management software. With automated storage and retrieval systems, our team of engineering experts can help with project conception all the way to installation and support. With a large portfolio of product solutions like high bay warehouse support structures, shuttle systems, cold chain storage and omnichannel fulfillment centers, our team knows what it takes to design, implement, and service complete ASRS systems.

If you are looking for an industry specific solution, feel free to give us a call. Our team of industry experts understand the challenges in retail e-commerce fulfillment, cold chain storage, food and beverage distribution, pharmaceutical track and trace regulations, agriculture storage, and grocery e-commerce. With more than 70 office worldwide and 10 production facilities, our team of experts can help you no matter where your application is located.

https://www.ssi-schaefer.com/en-us

| | |
|---|---|
| allow receipt of a first input, in the form of hovering, that indicates a selection of one | SSI Schaefer makes and/or uses a method comprising a webpage configured to *allow receipt of a first input, in the form of hovering* (e.g., moving the mouse pointer over a menu item, etc.), *that indicates a selection of one of the set of one or more representations of one or more menu items,* |

CONFIDENTIAL

| | |
|---|---|
| of the set of one or more representations of one or more menu items, | |
| cause, in response to receipt of the first input indicating | https://www.ssi-schaefer.com/en-us   SSI Schaefer makes and/or uses a method comprising a webpage configured to *cause, in response to receipt of the first input* (e.g., moving the mouse pointer over the top-level menu item, etc.) *indicating* |

the selection of the one of the set of one or more representations (e.g., top-level menu items, hyperlinks, etc.) of one or more menu items, display of the set of one or more representations (e.g., second-level menu items, hyperlinks, etc.) of one or more hyperlinks,

the selection of the one of the set of one or more representations of one or more menu items, display of the set of one or more representations of one or more hyperlinks,

**SSI SCHAEFER**

Fulfillment Solutions | Markets | Products | Supply Chain Software | Best Practices & Trends | Success Stories | Customer Service & Support | Company

- Introduction to ASRS
- Supply Chain Process ›
- Supply Chain Strategy ›
- Partnering and Consulting ›

## Application

Whether you are brand new to ASRS automation or need to improve a process by adding additional automation, this latest Best Practice Guide is an essential read and gives a great overview of the fundamentals.



## WELCOME TO SSI SCHAEFER

Since 1937, SSI SCHAEFER has been leading the way in storage and shelving solutions. Today, SSI SCHAEFER offers a complete line of automated material handling applications–including ASRS systems and warehouse management software. With automated storage and retrieval systems, our team of engineering experts can help with project conception all the way to installation and support. With a large portfolio of product solutions like high bay warehouse support structures, shuttle systems, cold chain storage and omnichannel fulfillment centers, our team knows what it takes to design, implement, and service complete ASRS systems.

If you are looking for an industry specific solution, feel free to give us a call. Our team of industry experts understand the challenges in retail e-commerce fulfillment, cold chain storage, food and beverage distribution, pharmaceutical track and trace regulations, agriculture storage, and grocery e-commerce. With more than 70 office worldwide and 10 production facilities, our team of experts can help you no matter where your application is located.

https://www.ssi-schaefer.com/en-us

CONFIDENTIAL

| allow receipt of a second input that indicates a selection of one of the set of one or more representations of one or more hyperlinks, and | SSI Schaefer makes and/or uses a method comprising a webpage configured to *allow receipt of a second input (e.g., a selection, etc.) that indicates a selection of one of the set of one or more representations of one or more hyperlinks, and* |
|---|---|



### WELCOME TO SSI SCHAEFER

Since 1937, SSI SCHAEFER has been leading the way in storage and shelving solutions. Today, SSI SCHAEFER offers a complete line of automated material handling applications—including ASRS systems and warehouse management software. With automated storage and retrieval systems, our team of engineering experts can help with project conception all the way to installation and support. With a large portfolio of product solutions like high bay warehouse support structures, shuttle systems, cold chain storage and omnichannel fulfillment centers, our team knows what it takes to design, implement, and service complete ASRS systems.

If you are looking for an industry specific solution, feel free to give us a call. Our team of industry experts understand the challenges in retail e-commerce fulfillment, cold chain storage, food and beverage distribution, pharmaceutical track and trace regulation, agriculture storage, and grocery e-commerce. With more than 70 office worldwide and 10 production facilities, our team of experts can help you no matter where your application is located.



Case 3:22-cv-00513-KDB-DCK   Document 1-6   Filed 09/29/22   Page 20 of 23

| | https://www.ssi-schaefer.com/en-us |
|---|---|
| cause, in response to receipt of the second input indicating the selection of the one of the set of one or more representations of one or more hyperlinks, display of a destination corresponding to the one of the set of one or more representations of one or more hyperlinks, the destination including at least a portion of additional content displayed simultaneously with the set of one or more representations of one or more menu items, so as to allow use of the set of one or more representations of one or more menu items while the at least portion of additional content is simultaneously displayed with the set of one or more representations of one or more menu items. | SSI Schaefer makes and/or uses a method comprising a webpage configured to *cause, in response to receipt of the second input (e.g., a selection, etc.) indicating the selection of the one of the set of one or more representations (e.g., second-level menu items, hyperlinks, etc.) of one or more hyperlinks, display of a destination (e.g., a new webpage associated with the second input, etc.) corresponding to the one of the set of one or more representations (e.g., second-level menu items, hyperlinks, etc.) of one or more hyperlinks, the destination including at least a portion of additional content displayed simultaneously with the set of one or more representations of one or more menu items while the at least portion of additional content is simultaneously displayed with the set of one or more representations of one or more menu items.* |

CONFIDENTIAL

https://www.ssi-schaefer.com/en-us/introduction-to-asrs-815982

Introduction to ASRS

Supply Chain Phases

Using Data to Determine KPIs for...

Warehouse Consulting & General Contracting

## Introduction to ASRS

## Welcome to Automation: Understanding the Automated Storage and Retrieval System

Automated storage and retrieval systems (ASRS) transform inventory management for warehouses and distribution centers. Optimize order fulfillment and gain supply chain efficiencies with ASRS.

## ASRS Basics: Is an Automated Storage and Retrieval Solution Right for Your Application?

As e-commerce transforms the marketplace, manufacturers and warehouse and distribution operators must adapt to greater consumer demand and more SKU varieties. Further, industries such as food and beverage and pharmaceutical operate under stringent regulations that require safe and secure product handling in sometimes temperature-sensitive environments. Automotive and other industrial industries are also seeing the need to automate as much of the manufacturing process as possible. Just-in-time manufacturing is incorporating ASRS solutions to gain speed and accuracy with...

CONFIDENTIAL