IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-513-KDB-DCK

| | |
|---|---|
| SCHAEFER SYSTEMS INTERNATIONAL, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   **ORDER**<br>) |
| ALOFT MEDIA, LLC, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Doug Grimes, concerning Derek Dahlgren, on November 17, 2022. Derek Dahlgren seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Derek Dahlgren is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: November 17, 2022

David C. Keesler
United States Magistrate Judge