# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

SCHAEFER SYSTEMS INTERNATIONAL, INC.,

        Plaintiff,

    v.

ALOFT MEDIA, LLC

        Defendant.

C.A. No. 3:22-cv-513

**JURY TRIAL DEMANDED**

## DECLARATION OF DEREK DAHLGREN IN SUPPORT OF DEFENDANT'S OPENING BRIEF IN SUPPORT OF MOTION TO DISMISS

I, Derek Dahlgren declare as follows:

1. I am partner at the Devlin Law Firm LLC and counsel of record for Aloft Media, LLC. I submit this declaration in support of Defendant's Motion to Dismiss.

2. Attached as Exhibit 1 is a true and correct copy of the proof of delivery from FedEx shipment of Aloft's Notice Letter dated March 4, 2022.

3. Attached as Exhibit 2 is a true and correct copy of the screenshot from Zoominfo.com regarding Brett James Belda, Vice President of SSI Schaefer, obtained from Mr. Todd Schmidt. (*See* Schmidt Dec., ¶5.).

4. Attached as Exhibit 3 is a true and correct copy of emails between Aloft and SSI Schaefer regarding settlement discussions.

5. Attached as Exhibit 4 is a true and correct copy of emails between Aloft and SSI Schaefer regarding settlement discussions.

6. Attached as Exhibit 5 is a true and correct copy of emails between Aloft and SSI Schaefer regarding settlement discussions.

1

7.  Attached as Exhibit 6 is a true and correct copy of emails between Aloft and SSI Schaefer regarding settlement discussions.

8.  Attached as Exhibit 7 is a true and correct copy of excerpts of the SSI Schaefer website.

9.  Attached as Exhibit 8 is a true and correct copy of SSI Schaefer information from its website.

10. Attached as Exhibit 9 is a true and correct copy of SSI Schaefer's domain name and registrant organization information.

11. Attached as Exhibit 10 is a true and correct copy of an SSI Schaefer brochure.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct.

This the 2nd day of December, 2022.

*s/ Derek Dahlgren*
Derek Dahlgren (*pro hac vice*)
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
410-375-7230
Email: ddahlgren@devlinlawfirm.com

J. Douglas Grimes
Allen, Chesson & Grimes
505 N. Church Street
Charlotte, NC 28202
704-755-6012
Email: dgrimes@allenchesson.com

*Attorneys for Defendant*
*Aloft Media, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Derek Dahlgren*
Derek Dahlgren

3