# EXHIBIT 1

**From:** TrackingUpdates@fedex.com
**To:** todd georgesp.com
**Subject:** FedEx Shipment 776196357662: Your package has been delivered
**Date:** Tuesday, March 8, 2022 12:41:40 PM



# Hi. Your package was delivered Tue, 03/08/2022 at 12:18pm.



Delivered to 10021 WESTLAKE DR, Charlotte, NC 28273
Received by P.MANESS

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 776196357662 |
| **FROM** | George Street Partners |
| | 11686 Oak Tree Way |
| | Suite 101 |
| | CARMEL, IN, US, 46032 |
| **TO** | SSI Schaefer |
| | Mr. Brett Belda |
| | 10021 Westlake Dr |
| | Charlotte, NC, US, 28273 |
| **SHIP DATE** | Mon 3/07/2022 12:21 PM |

| | |
|---|---|
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | CARMEL, IN, US, 46032 |
| **DESTINATION** | Charlotte, NC, US, 28273 |
| **SPECIAL HANDLING** | Deliver Weekday<br>ASR |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Express Saver |



# Get the FedEx®
# Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand
- **Download now**.

**FOLLOW FEDEX**

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:41 AM CST 03/08/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.