# EXHIBIT 2



## Contact Details

📞 (704) 944-4500 (Direct)

+49 2735 701 (HQ)

(440) 679-2430 (Mobile)

✉ brett.belda@ssi-schaefer.us (Business)

**Job Start Date:** December 31, 2013
**Notice Provided Date:** July 17, 2020 ⓘ

## Location

📍 Local   10021 Westlake Dr, Charlotte, North Carolina, 28273, United States

HQ   Fritz-Schäfer-Strase 20, Neunkirchen, Saarland, Germany

### Salesforce ☁

| | |
|---|---|
| Account Owner | Kayce Prater |
| Match Date | Feb 05, 2022 |

## Employment History

| | | |
|---|---|---|
| ● Current | SSI SCHAEFER | Vice President<br>SSI SCHAEFER |
| ● Former | TQL | National Logistics Account Executive<br>TQL |

## Education

North Olmsted High School
Diploma

Show more