# EXHIBIT 7



# Globally leading in intralogistics

Cutting Edge Technologies around the globe

## About the Group

The SSI SCHAEFER Group is a globally operating group of companies and one of the world's leading solution provider of modular warehouse and logistics systems. On six continents, SSI SCHAEFER develops innovative solution concepts for its customers' various industries and thus shapes the future of intralogistics - in accordance with the company motto "Think Tomorrow".

## Think global - act local

Since its foundation in 1937, SSI SCHAEFER Group developed into one of the largest intralogistics providers in the world. Today, there are around 70 subsidiaries operating worldwide and seven production sites that serve customers from numerous industries around the globe. The Group is active in a total of six regions (APAC & MEA, Northern Europe, Central Europe, Southern Europe, North America and Latin America) and employs around 10,000 people. In fiscal year 2021, SSI SCHAEFER generated sales of EUR 1.865 billion.

## Group organization and strategy

The Group Management Board consists of Steffen Bersch as Chief Executive Officer (CEO), Bruno Krauss as Chief Financial Officer (CFO) and Harald Rackel as Chief Operating Officer (COO).

In 2020, a matrix structure with four business units, six regional organizations and a number of group functions was implemented.

Following the organizational transformation, in 2021, we gave ourselves a new mission statement that accompanies us on our way into the future and forms the basis for our SSI Strategy Roadmap 2023.

Case 3:22-cv-00513-KDB-DCK   Document 19-3   Filed 12/03/22   Page 2 of 5

With the group strategy, the guardrails for the future business of SSI SCHÄFER were defined at group level. This includes the mission, the vision and the values, but also the focal points and targets for the respective KPIs. Six priorities have been defined - profitability, innovation, growth, customer satisfaction, sustainability and employee orientation.

**Business model**

SSI SCHAEFER is the first point of contact for intralogistics solutions including software. The company plans, designs and produces systems for establishing and optimizing warehouses and plants, manual and automatic storage, conveyor, order picking and sorting systems as well as solutions for waste technology and recycling.

Our group is divided into the business units Logistics Solutions, Products & Equipment and Customer Services. In addition, SSI SCHAEFER Plastics is an independent entity of the group.

**Logistics Solutions**

SSI SCHAEFER implements complex logistics systems, from system planning and consulting to turnkey facilities and customized service and maintenance offers. We specialize in the following six industries, for which we develop customized solution strategies:

- **Food Retail**: Automated storage solutions for customers who store and ship food. Deliveries are made to wholesalers, stores or via e-commerce channels. The warehouses usually have different cold zones.

- **Food & Beverage**: storage and picking solutions for beverages, food/sweets, frozen food dairy products.

- **Retail & Wholesale**: Solutions for companies whose business is the intermediate storage and resale of mostly non-food products to retailers or end customers.

- **Healthcare & Cosmetics**: warehousing solutions for the pharmaceutical and cosmetics sectors. Deliveries are made primarily to pharmacies, drugstores, cosmetics stores and e-commerce customers.

- **Industry**: Automated warehousing and transport solutions in the industrial sector. This includes the manufacturing industry in mechanical and plant engineering, automotive and electrical engineering. The solutions range from warehouse logistics in the production environment and spare parts logistics to the use of robotics and automated guided vehicles.

- **Fashion**: All customers who trade in, or produce, fashion articles. The goods can be conveyed or stored horizontally, suspended or packed.

In order to automate the material flow within a warehouse, SSI SCHAEFER has developed the logistics software WAMAS®, with which all processes in intralogistics can be controlled and monitored. In total, the group employs 1,100 software experts who take care of new digital solutions and provide consulting services with powerful products for linking software and hardware components.

In addition, as a certified SAP partner, SSI SCHAEFER supports solutions such as SAP Extended Warehouse Management (EWM) and accompanies its customers during implementation and ongoing operation.

**Case 3:22-cv-00513-KDB-DCK   Document 19-3   Filed 12/03/22   Page 3 of 5**

**Products & Equipment**

Within the Products & Equipment business unit, SSI SCHAEFER offers a wide range of products and solutions for manual and semi-automated intralogistics. Thanks to the modularity of the portfolio, the products can be optimally integrated and scaled. They can be divided into the following four product sectors:

- **Container**: For both manual, semi- or fully automated warehousing, the product range includes numerous storage, picking and transport containers.
- **Heavy duty racking:** One of the most versatile pallet racking systems on the market for individual solutions.
- **Shelving and Packing unit "colli" flow racking:** Variable and high-quality racking systems for manual storage in single or multi-story configurations.
- **Dynamic Systems**: Semi-automated storage and picking solutions that can be customized to meet specific needs.

**Customer Service**

In order to be able to provide the best possible service for the highly complex logistics systems, SSI SCHAEFER's Customer Services division offers an innovative service portfolio aimed at delivering maximum availability of all systems. The services can be divided into the following three areas:

- **Reactive Services** include 24/7 support available 365 days a year. SSI SCHAEFER has experienced and qualified engineers working at more than 90 service centers worldwide. In addition, with augmented support, the service technician can follow what is happening in real time and thus react quickly to service cases.
- **Preventive services** include preventive maintenance by specially trained service technicians using a computer-aided maintenance management system (SSI SCHAEFER CMMS). In addition, inspections, security checks, system monitoring and training for business partner employees is available.
- **Life cycle management** includes constant support for customers over the entire service life of their system and beyond. With the retrofit approach, the experts from SSI SCHAEFER bring the system up to date with the latest technology. In addition, the spare parts provision is available worldwide and around the clock.

**Do you have questions or remarks?**

**GENERAL INFORMATION**

Case 3:22-cv-00513-KDB-DCK   Document 19-3   Filed 12/03/22   Page 4 of 5



Imprint

Privacy

WAMAS® End User License Agreement (EULA)

Terms and conditions of purchasing

Trading Terms & Conditions

Weasel Lite Designer - End-User License Agreement

Think Tomorrow.