# EXHIBIT 8



# SITE INFORMATION

**Schaefer Systems International, Inc.**

10021 Westlake Drive
Charlotte, NC 28273
USA
Phone   +1 704-944-4500
Fax        +1 704-588-1862
info.usa@ssi-schaefer.com
ssi-schaefer.com


Management: Harold Rackel, Gerald Gaberz
Email: webmaster@ssi-schaefer.de

Siegen District Court: Trade register no. 1661
VAT registration number: DE 811135693

Case 3:22-cv-00513-KDB-DCK   Document 19-4   Filed 12/03/22   Page 2 of 2