# EXHIBIT 9

Deutsch (?language=de)



Case 3:22-cv-00513-KDB-DCK   Document 19-5   Filed 12/03/22   Page 2 of 5

Domain Name: ssi-schaefer.com
Registry Domain ID: 1647_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.registrar.telekom.de
Registrar URL: http://www.registrar.telekom.de
Updated Date:  2022-11-22T11:27:35Z
Creation Date:  1995-09-20T04:00:00Z
Registrar Registration Expiration Date:  2023-09-19T04:00:00Z
Registrar: Deutsche Telekom AG
Registrar IANA ID: 226
Registrar Abuse Contact Email: sece.leitstellenservice@telekom.de
Registrar Abuse Contact Phone: +49.1805212095
Reseller:
Domain Status: Ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization:  Fritz Schäfer GmbH
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province:
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: DE
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: registrar@telekom.de
Registry Admin ID: Not Available From Registry
Admin Name: REDACTED FOR PRIVACY
Admin Organization:  REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province:  REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country:
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext:
Admin Email: registrar@telekom.de
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY
Tech Organization:  REDACTED FOR PRIVACY

Case 3:22-cv-00513-KDB-DCK   Document 19-5   Filed 12/03/22   Page 3 of 5

```
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province:  REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country:
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext:
Tech Email: registrar@telekom.de
Name Server: ns1.telekom.net
Name Server: pns.dtag.de
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.ne
>>> Last update of WHOIS database: 2022-11-24T06:37:48Z <<<


For more information on Whois status codes, please visit https://icann.org/epp

Terms of use: The data in our WHOIS database is provided by Deutsche Telekom A
Deutsche Telekom AG reserves the right to restrict or terminate your access to
```

### Back to WHOIS form
(/whois/?language=en)

## WHOIS service

The WHOIS service offered by the registrar (Deutsche Telekom AG) is required by ICANN for the following TLDs:

- .biz
- .com
- .info
- .mobi
- .net
- .org

## Downloads

**Our service commitment**

Case 3.22-cv-00513-KDB-DCK   Document 19-5   Filed 12/03/22   Page 4 of 5

**(/whois/download/19341208)**

> ⬇ Download
> **(/whois/download/19341208)**

**Abuse cases involving registered domain names (/whois/download/19341209)**

> ⬇ Download
> **(/whois/download/19341209)**

---

**Further information**

➤ Domain Name Service product information (PDF) (https://geschaeftskunden.telekom.de/internet-dsl/homepage-webshop/wunschdomain-sichern-alt/produktblatt-domain-name-service-englisch)
➤ Registrant Rights and Responsibilities (ICANN document) (https://www.icann.org/resources/pages/responsibilities-2014-03-14-en)
➤ Registrants' Benefits and Responsibilities (https://www.icann.org/resources/pages/benefits-2013-09-16-en)
➤ The Internet Corporation for Assigned Names and Numbers (ICANN) (https://www.icann.org/)

© 2022 Telekom Deutschland GmbH. All rights reserved     Imprint (https://www.telekom.de/gk/impressum)

Data protection (/whois/datenschutz?language=en)     Disclaimer of liability (https://www.telekom.de/gk/impressum)

Case 3:22-cv-00513-KDB-DCK   Document 19-5   Filed 12/03/22   Page 5 of 5