# EXHIBIT 10

# FOR IMMEDIATE RELEASE

CHARLOTTE, NC – November 17, 2017

**Media Contact**

Sharon Wahrmund
Schaefer Systems International, Inc.
(704) 955-4511
sharon.wahrmund@ssi-schaefer.com
www.ssi-schaefer.com

## SSI SCHAEFER Expands Footprint in North American Headquarters

Schaefer Systems International, Inc., an industry leader in automation systems, material handling products, reusable packaging systems, and waste technology products, announced today the expansion of the North American headquarters facility located in Charlotte, NC. The expansion is the latest for the SSI Schaefer Group headquartered in Neunkirchen, Germany and opened on November 1st. The new North American headquarters will house approximately 200 existing SSI SCHAEFER employees, which service both the automation and the packaging systems divisions throughout the United States and Canada. The new facility will also accommodate an additional 200 new IT positions that will focus on application engineering development.



Rapid movement within the e-commerce market and distribution facilities needing solutions to address labor shortages is spurring this new growth. With the additional 114,000 square feet, the new facility has plenty of room to expand. The facility includes both office and warehouse space and joins seven other facilities consisting of 425,000 square feet located in the city of Charlotte and within the 37-acre SSI SCHAEFER campus.

**"We're committed to being a long-term partner for our clients,"** said Christoph Schenk, CEO of Schaefer Systems International's Automation Systems Division. **"Schaefer innovates products for companies looking to automate operations and streamline intralogistics processes—more specifically storage, order fulfillment, picking, packing, and we even develop the software to manage the entire process. The new facility increases collaboration between the automation, IT software, and even the packaging groups. As we continue to grow, we need to continue to nurture our team and this new facility represents our commitment to both,"** continued Schenk.





**About Schaefer Systems International, Inc.:**

Schaefer Systems International, Inc. engineers sophisticated automation systems and warehouse management software, provides storage and materials handling, designs and manufactures reusable packaging and waste technology solutions to businesses throughout North America. Schaefer Systems International, Inc. is part of the SSI SCHAEFER Group, a global leader in logistics and materials handling founded in 1937 with 10 manufacturing facilities and 70 office locations worldwide. For more information, visit www.ssi-schaefer.com.

