SCHAEFER SYSTEMS INTERNATIONAL, INC.,

Plaintiff,

v.

ALOFT MEDIA, LLC

Defendant.

C.A. No. 3:22-cv-513

**JURY TRIAL DEMANDED**

**DEFENDANT'S RENEWED MOTION TO SEAL AND MOTION TO SEAL FILINGS OF PLAINTIFF**

Pursuant to Local Civil Rule 6.1(C), Defendant Aloft Media, LLC ("Aloft") by and through counsel, respectfully moves for leave to file the following documents under seal: Defendant's Exhibits 3, 4, 5, and 6, Defendant's Declaration of Britten Sessions, Defendant's Declaration of Todd Schmidt, Defendant's Declaration of Andrew Gordon, Defendant's Motion to Dismiss, Defendant's Renewed Opposed Motion to Seal and Motion to Seal Filings of Plaintiff, Plaintiff's Complaint, and Exhibits 6-11, 16, and 17 to Plaintiff's Complaint. Defendant seeks to file these documents under seal because they contain personal information, employment history, discussion of confidential information, proprietary business information, and confidential settlement discussions. Defendant also seeks to file its brief in support of this combined Motion under seal. Defendant is concurrently filing redacted versions of Plaintiff's Complaint, Exhibit 16 to Plaintiff's Complaint, Defendant's Motion to Dismiss and Defendant's Brief in support of Defendant's Renewed Opposed Motion to Seal and Motion to Seal Filings of Plaintiff.

The parties have conferred regarding this motion in accordance with Local Rule 7.1(B) and Plaintiff opposes the requested relief.

1

Aloft provides the following non-confidential description of the material that it seeks to have filed under seal:

**Defendant's Exhibit 3:** Emails between Aloft and SSI Schaefer regarding settlement discussions (Dkt. 18-1);

**Defendant's Exhibit 4:** Emails between Aloft and SSI Schaefer regarding settlement discussions (Dkt. 18-2);

**Defendant's Exhibit 5:** Emails between Aloft and SSI Schaefer regarding settlement discussions (Dkt. 18-3);

**Defendant's Exhibit 6:** Emails between Aloft and SSI Schaefer regarding settlement discussions (Dkt. 18-4);

**Defendant's Declaration:** Declaration of Todd Schmidt in Support of Defendant's Motion to Dismiss (Dkt. 18-6) containing sensitive business information regarding settlement discussions;

**Defendant's Declaration:** Declaration of Andrew Gordon in Support of Defendant's Motion to Dismiss (Dkt. 18-7) containing sensitive business information regarding settlement discussions;

**Defendant's Declaration:** Declaration of Britten Sessions in Support of Defendant's Motion to Dismiss (Dkt. 18-5) containing sensitive business information regarding settlement discussions;

**Defendant's Brief:** Defendant's Opening Brief in Support of Motion to Dismiss (Dkt. 17) containing sensitive business information and information regarding settlement discussions;

**Defendant's Brief in Support of Its Renewed Motion to Seal and Motion to Seal Filings of Plaintiff**:  Defendant's brief in support of the present motion contains confidential business information regarding licensing terms;

**Plaintiff's Complaint:** Declaratory Judgment Complaint of Non-Infringement (Dkt. 1) containing sensitive business information regarding settlement discussions and personal information;

**Plaintiff's Exhibit 6:** Notice letter from Aloft to SSI Schaefer (Dkt. 1-6) containing sensitive business information;

**Plaintiff's Exhibit 16:** Email between Aloft and SSI Schaefer regarding settlement discussions (Dkt. 1-16); and

**Plaintiff's Exhibit 17:** Licensing Information (Dkt. 1-17) containing sensitive business information.

Aloft provides the remaining information required under LCvR 6.1 in its sealed brief and redacted version being filed concurrently with this motion.

3

Date: December 9, 2022

*s/ Derek Dahlgren*
Derek Dahlgren (*pro hac vice*)
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
410-375-7230
Email: ddahlgren@devlinlawfirm.com

J. Douglas Grimes
Allen, Chesson & Grimes
505 N. Church Street
Charlotte, NC 28202
704-755-6012
Email: dgrimes@allenchesson.com

*Attorneys for Defendant*
*Aloft Media, LLC*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Derek Dahlgren*
Derek Dahlgren