# Exhibit 16

# BenGera, Tom

**From:** ████████████████████
**Sent:** Monday, May 9, 2022 3:28 PM
**To:** ██████████████; Long, Alex; 'Jeremy Leonard'
**Cc:** BenGera, Tom; Sidebottom, Cecilia M.; ████████████
**Subject:** RE: SSI Schaefer / Aloft Media (Email 1 of 3)
**Attachments:** ████████████████████

CAUTION: External Email

████████████████████

Hi Alex/Tom,

Attached is the information that ████ requested I send over to you. Due to the number of files/size, I'll need to send three separate emails.

████████████████████

Best regards,

████

**From:** ████████████████████████████
**Sent:** Monday, May 9, 2022 1:28 PM
**To:** 'Long, Alex' <along@shumaker.com>; 'Jeremy Leonard' <Jeremy.Leonard@ssi-schaefer.com>
**Cc:** ████████████████████████████ 'BenGera, Tom' <tbengera@shumaker.com>; 'Sidebottom, Cecilia M.' <csidebottom@shumaker.com>
**Subject:** RE: SSI Schaefer / Aloft Media

Alex/████

Thank you for your time today. As discussed on the call, I will have GSP reach out and send you:

████████████████████████████

After reviewing such content, please let me know if you would like to discuss any further. As always, I'm happy to jump on a call to help move things along.

Best,

████

---

**From:** ████████████████████████████
**Sent:** Thursday, May 5, 2022 4:42 PM
**To:** 'Long, Alex' <along@shumaker.com>; 'Jeremy Leonard' <Jeremy.Leonard@ssi-schaefer.com>
**Cc:** ████████████████████████████ 'BenGera, Tom' <tbengera@shumaker.com>; 'Sidebottom, Cecilia M.' <csidebottom@shumaker.com>
**Subject:** RE: SSI Schaefer / Aloft Media

Hi Alex – following up as I didn't see an invite. Was one sent out? Thanks

---

**From:** Long, Alex <along@shumaker.com>
**Sent:** Wednesday, May 4, 2022 9:56 AM
**To:** ████████████████████; 'Jeremy Leonard' <Jeremy.Leonard@ssi-schaefer.com>
**Cc:** ████████████████████>; BenGera, Tom <tbengera@shumaker.com>; Sidebottom, Cecilia M. <csidebottom@shumaker.com>
**Subject:** RE: SSI Schaefer / Aloft Media

████, while I was out of town, my firm dropped our conference bridge in favor of Microsoft Teams. There is an audio only phone option as part of Teams.

If Teams is acceptable, I'll circulate an invite.

Thanks,

Alex

**S. Alex Long**
Attorney at Law

# SHUMAKER

101 South Tryon Street, Suite 2200 | Charlotte, North Carolina 28280

Direct 704.945.2911 | Fax 704.332.1197

along@shumaker.com | bio | LinkedIn

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.

**From:** ████████████████████████

**Sent:** Tuesday, May 3, 2022 12:49 PM

**To:** Long, Alex <along@shumaker.com>; 'Jeremy Leonard' <Jeremy.Leonard@ssi-schaefer.com>

**Cc:** ███████████████████████ BenGera, Tom <tbengera@shumaker.com>; Sidebottom, Cecilia M. <csidebottom@shumaker.com>

**Subject:** RE: SSI Schaefer / Aloft Media

CAUTION: External Email

Sounds great. Thanks Alex. ████

---

**From:** Long, Alex <along@shumaker.com>

**Sent:** Tuesday, May 3, 2022 9:47 AM

**To:** ███████████████; 'Jeremy Leonard' <Jeremy.Leonard@ssi-schaefer.com>

**Cc:** ███████████████████████ BenGera, Tom <tbengera@shumaker.com>; Sidebottom, Cecilia M. <csidebottom@shumaker.com>

**Subject:** RE: SSI Schaefer / Aloft Media

Hi ████

Pleasure to meet you as well. Yes, Monday at 10am PT works for me. I'd like to have my associate Tom BenGera join us as well. If it works for you, I can circulate a conference bridge.

Best,

Alex

**S. Alex Long**

Attorney at Law

# SHUMAKER

101 South Tryon Street, Suite 2200 | Charlotte, North Carolina 28280

Direct 704.945.2911 | Fax 704.332.1197

along@shumaker.com | bio | LinkedIn

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.

**From:** ████████████████████████

**Sent:** Monday, May 2, 2022 7:53 PM

**To:** 'Jeremy Leonard' <Jeremy.Leonard@ssi-schaefer.com>; Long, Alex <along@shumaker.com>

**Cc:** <span style="background:black">              </span>
**Subject:** RE: SSI Schaefer / Aloft Media

CAUTION: External Email

---

Alex,

Pleasure to meet you. Looks like we both have a background at teaching students IP topics.

In any case, shall we plan on next Monday at 10am PT? If so, please let me know the best number to reach you at that time.

Thanks!



---

**From:** Jeremy Leonard <Jeremy.Leonard@ssi-schaefer.com>
**Sent:** Monday, May 2, 2022 10:03 AM
**To:** <span style="background:black">       </span>; Long, Alex <along@shumaker.com>
**Subject:** SSI Schaefer / Aloft Media

Hi  , Alex,

My pleasure to introduce the two of you.

 - Alex Long is outside patent counsel for SSI Schaefer in the US/North American region. His firm has handled IP matters for SSI for quite some time.

@Long, Alex – <span style="background:black">           </span>

It looks as though you both have availability Monday the 9th between 8:30am and 11am PT, as well as Tuesday May 10th between 9am and 11am PT. I will be in Europe next week and traveling frequently. Please communicate directly as you see fit.

Best Regards | Mit freundlichen Grüßen,

**Jeremy Leonard**
Legal Counsel, North America
(United States, Canada, Mexico)

📞 +1 980 322 6835
✉ jeremy.leonard@ssi-schaefer.com

📍 Schaefer Systems International, Inc.
10021 Westlake Drive
Charlotte NC 28273 | United States



🏠 in f ▶ 🐦