**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

SCHAEFER SYSTEMS INTERNATIONAL, INC.,

        Plaintiff,

        v.

ALOFT MEDIA, LLC

        Defendant.

C.A. No. 3:22-cv-513

**JURY TRIAL DEMANDED**

This matter is before the Court on the Defendant's Renewed Opposed Motion to File Under Seal and Motion to Seal Filings of Plaintiff. Upon consideration of Defendant's Motion and supporting Memorandum of Law, the documents that Defendant requests to seal, and the entire record herein, it appears that good cause exists to **GRANT** the Defendant's motions.

Accordingly, it is **ORDERED** that the following document be filed under seal:

Defendant's Exhibits 3, 4, 5, and 6, Defendant's Declaration of Britten Sessions, Defendant's Declaration of Todd Schmidt, Defendant's Declaration of Andrew Gordon, Defendant's Motion to Dismiss, Defendant's Brief in Support of Defendant's Renewed Opposed Motion to Seal and Motion to Seal Filings of Plaintiff, Plaintiff's Complaint, and Plaintiff's Exhibits 6-11, 16, and 17. These documents will remain under seal permanently or until otherwise ordered.

Date: December 9, 2022

                             The Honorable Judge Kenneth D. Bell
                             United States Magistrate Judge David Kessler