# EXHIBIT 2

# Licensing

Aloft Media LLC is open to license any and/or all of the assets in the Aloft Media LLC portfolio on reasonable terms.

**CURRENT LICENSEES INCLUDE:**

- Over 60 Fortune 500 companies
- Over 100 Large Corporations

**CONTACT**

*For licensing inquiries please contact:*

George Street Partners
Attn: Todd Schmidt
E: todd@georgesp.com
W: 317.344.0715
M: 773.575.3958

**EMAIL HERE**



Copyright © 2019 | All Rights Reserved.

Document title: Licensing
Capture URL: http://aloft-media.com/licensing.html
Capture timestamp (UTC): Wed, 21 Dec 2022 16:54:15 GMT

Page 1 of 1