# EXHIBIT 3

# opencorporates
The Open Database Of The Corporate World

| Company name or number | | SEARCH |
| --- | --- | --- |

◉ Companies  ○ Officers

Log in/Sign up

# Aloft Media, LLC

| | |
| --- | --- |
| **Company Number** | 0800842681 |
| **Status** | In Existence |
| **Incorporation Date** | 12 July 2007 (over 15 years ago) |
| **Company Type** | Domestic Limited Liability Company (LLC) |
| **Jurisdiction** | Texas (US) |
| **Registered Address** | 211 W TYLER SUITE C1 |
| | LONGVIEW |
| | 75601 |
| | TX |
| | USA |
| **Alternative Names** | Aloft Media, LLC (trading name, 2007-07-12 - ) |
| **Agent Name** | George A. Gordon |
| **Agent Address** | 211 W. Tyler Street, Suite C-1, Longview, TX, 75601, USA |
| **Directors / Officers** | George A Gordon, member mgr |
| | George A. Gordon, agent |
| **Registry Page** | https://mycpa.cpa.state.tx.us/coa/ |

## Latest Events

- **2022-03-31 - 2022-09-24** — Addition of officer George A Gordon, member mgr
- **2022-03-31 - 2022-09-24** — Removal of officer Jason Player, member
- **2022-03-31 - 2022-09-24** — Removal of officer Leslie Novy, member

See all events

## Corporate Grouping  USER CONTRIBUTED

None known. **Add one now?**

See all corporate groupings

## Similarly named companies

- 🇺🇸 **Aloft Media Solutions, LLC** *(North Carolina (US), 5 Jul 2019- )*
- 🇺🇸 **Aloft Media Solutions, LLC** *(South Carolina (US), 26 Oct 2020- )*
- 🇺🇸 inactive ALOFT MEDIA, LLC *(California (US), 14 Mar 2017- 1 Dec 2021)*
- 🇺🇸 inactive ALOFT MEDIA LLC *(Wyoming (US), 24 Aug 2020- 9 Oct 2021)*

## Recent filings for Aloft Media, LLC

| | |
| --- | --- |
| 31 Dec 2022 | PUBLIC INFORMATION REPORT (PIR) |
| 31 Dec 2021 | PUBLIC INFORMATION REPORT (PIR) |
| 31 Dec 2018 | PUBLIC INFORMATION REPORT (PIR) |
| 31 Dec 2016 | PUBLIC INFORMATION REPORT (PIR) |
| 31 Dec 2015 | PUBLIC INFORMATION REPORT (PIR) |
| 31 Dec 2014 | PUBLIC INFORMATION REPORT (PIR) |
| 31 Dec 2013 | PUBLIC INFORMATION REPORT (PIR) |
| 26 Sep 2013 | CHANGE OF REGISTERED AGENT/OFFICE |

see all filings

**Source** Texas Secretary of State, https://direct.sos.state.tx.us/help/h..., 25 Sep 2022

## Company Addresses

**MAILING ADDRESS**
211 W TYLER ST STE C, LONGVIEW, TX, 75601

## Identifiers ❓

| IDENTIFIER SYSTEM | IDENTIFIER | CATEGORIES | |
| --- | --- | --- | --- |
| US Texas TIN | 32033317515 | Tax | details |

\* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information

Data on this page last changed September 26 2022

**⚠ Problem/question about this data? Click here**

**API OPEN DATA**
For access please LOG IN / SIGN UP

Document title: Aloft Media, LLC - Texas (US) - OpenCorporates
Capture URL: https://opencorporates.com/companies/us_tx/0800842681
Capture timestamp (UTC): Wed, 21 Dec 2022 16:03:29 GMT

# Aloft Media, LLC

| | |
|---|---|
| **Company Number** | 0800842681 |
| **Status** | In Existence |
| **Incorporation Date** | 12 July 2007 (over 15 years ago) |
| **Company Type** | Domestic Limited Liability Company (LLC) |
| **Jurisdiction** | Texas (US) |
| **Registered Address** | 211 W TYLER SUITE C1<br>LONGVIEW<br>75601<br>TX<br>USA |
| **Alternative Names** | Aloft Media, LLC (trading name, 2007-07-12 - ) |
| **Agent Name** | George A. Gordon |
| **Agent Address** | 211 W. Tyler Street, Suite C-1, Longview, TX, 75601, USA |
| **Directors / Officers** | George A Gordon, member mgr<br>George A. Gordon, agent |
| **Registry Page** | https://mycpa.cpa.state.tx.us/coa/ |

## Latest Events

- 2022-03-31 - 2022-09-24 — Addition of officer George A Gordon, member mgr
- 2022-03-31 - 2022-09-24 — Removal of officer Jason Player, member
- 2022-03-31 - 2022-09-24 — Removal of officer Leslie Novy, member

_See all events_

## Corporate Grouping   USER CONTRIBUTED

None known. **Add one now?**

See all corporate groupings

## Similarly named companies

- **Aloft Media Solutions, LLC**  _(North Carolina (US), 5 Jul 2019- )_
- **Aloft Media Solutions, LLC**  _(South Carolina (US), 26 Oct 2020- )_
- inactive ALOFT MEDIA, LLC  _(California (US), 14 Mar 2017- 1 Dec 2021)_
- inactive ALOFT MEDIA LLC  _(Wyoming (US), 24 Aug 2020- 9 Oct 2021)_

## Recent filings for Aloft Media, LLC

| | |
|---|---|
| 31 Dec 2022 | PUBLIC INFORMATION REPORT (PIR) |
| 31 Dec 2021 | PUBLIC INFORMATION REPORT (PIR) |
| 31 Dec 2018 | PUBLIC INFORMATION REPORT (PIR) |
| 31 Dec 2016 | PUBLIC INFORMATION REPORT (PIR) |
| 31 Dec 2015 | PUBLIC INFORMATION REPORT (PIR) |
| 31 Dec 2014 | PUBLIC INFORMATION REPORT (PIR) |
| 31 Dec 2013 | PUBLIC INFORMATION REPORT (PIR) |
| 26 Sep 2013 | CHANGE OF REGISTERED AGENT/OFFICE |

_see all filings_

**Source** _Texas Secretary of State, https://direct.sos.state.tx.us/help/h..., 25 Sep 2022_

## Company Addresses

**MAILING ADDRESS**
211 W TYLER ST STE C, LONGVIEW, TX, 75601

## Identifiers ⊙

| IDENTIFIER SYSTEM | IDENTIFIER | CATEGORIES | |
|---|---|---|---|
| US Texas TIN | 32033317515 | Tax | details |

_* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information_

_Data on this page last changed September 26 2022_

**⚠ Problem/question about this data?** Click here

**API OPEN DATA**
For access please LOG IN / SIGN UP

| About us | Using our data | Help | Contact | Impact |
|---|---|---|---|---|
| About | Our data | API Reference | Twitter | Impact |
| Blog | Our purpose | Glossary | Medium | Grants |
| Team | Legal/Licence | Status | Newsletter | |
| Governance | User/Cookie privacy policy | | Problems with our data? | |
| Jobs | Public records privacy policy | | Temporary redaction | |

Document title: Aloft Media, LLC :: Texas (US) :: OpenCorporates
Capture URL: https://opencorporates.com/companies/us_tx/0800842681
Capture timestamp (UTC): Wed, 21 Dec 2022 16:03:29 GMT