# EXHIBIT 4

Case 3:22-cv-00513-KDB-DCK    Document 26-4    Filed 12/22/22    Page 1 of 2

Q **Taxable Entity**

✓ 1 matches found for the search string

ⓘ If you have questions about the search

### Results

| View Details | Name | | Zip |
|---|---|---|---|
| ⊡ Details | ALOFT MEDIA, LLC | | 75601 |



## Franchise Tax Details                                    ✕

| Franchise Search Results | Public Information Report |
|---|---|

🖨

As of : 12/21/2022 10:16:35

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**
Obtain a certification for filings with the Secretary of State.

| ALOFT MEDIA, LLC | |
|---|---|
| Texas Taxpayer Number | 32033317515 |
| Mailing Address | 211 W TYLER ST STE C LONGVIEW, TX 75601-6398 |
| ⓘ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 07/12/2007 |
| Texas SOS File Number | 0800842681 |
| Registered Agent Name | GEORGE A. GORDON |
| Registered Office Street Address | 211 W. TYLER STREET, SUITE C-1 LONGVIEW, TX 75601 |

Close

Texas Comptroller of Public Accounts
Glenn Hegar

- Home
- Contact Us

POLICIES

- Privacy and Security Policy
- Accessibility Policy
- Link Policy
- Public Information Act
- Compact with Texans
- Commonly Used Web Browsers

OTHER STATE SITES

- texas.gov
- Texas Records and Information Locator (TRAIL)
- State Link Policy
- Texas Veterans Portal