# EXHIBIT 5

cyberdriveillinois.com is now ilsos.gov





OFFICE OF THE ILLINOIS SECRETARY OF STATE



JESSE WHITE
SECRETARY OF STATE

## Corporation/LLC Search/Certificate of Good Standing

### Corporation File Detail Report

| | |
|---|---|
| File Number | 66753603 |
| Entity Name | HADLEY ANNE INC. |
| Status | ACTIVE |

**Entity Information**

| | |
|---|---|
| Entity Type | CORPORATION |
| Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | Tuesday, 2 February 2010 |
| State | ILLINOIS |
| Duration Date | PERPETUAL |

**Agent Information**

| | |
|---|---|
| Name | PHILIP R GOLDBERG |
| Address | 1 NORTHFIELD PLAZA #300<br>NORTHFIELD , IL 60093 |
| Change Date | Friday, 13 October 2017 |

**Annual Report**

| | |
|---|---|
| Filing Date | 00/00/0000 |
| For Year | 2023 |

**Officers**

| | |
|---|---|
| President<br>Name & Address | TODD SCHMIDT 11686 OAK TREE WAY CARMEL IN 46032 |

Document title: Corporation/LLC Search/Certificate of Good Standing
Capture URL: https://apps.ilsos.gov/corporatellc/CorporateLlcController
Capture timestamp (UTC): Wed, 21 Dec 2022 16:24:11 GMT
Page 1 of 2

## Entity Information

| | |
|---|---|
| Entity Type | CORPORATION |
| Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | Tuesday, 2 February 2010 |
| State | ILLINOIS |
| Duration Date | PERPETUAL |

## Agent Information

| | |
|---|---|
| Name | PHILIP R GOLDBERG |
| Address | 1 NORTHFIELD PLAZA #300<br>NORTHFIELD , IL 60093 |
| Change Date | Friday, 13 October 2017 |

## Annual Report

| | |
|---|---|
| Filing Date | 00/00/0000 |
| For Year | 2023 |

## Officers

| | |
|---|---|
| President<br>Name & Address | TODD SCHMIDT 11686 OAK TREE WAY CARMEL IN 46032 |
| Secretary<br>Name & Address | SAME |

## Assumed Name

| | |
|---|---|
| ACTIVE | GEORGE STREET PARTNERS |

Return to Search

Select Certificate of Good Standing for Purchase

(One Certificate per Transaction)

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

About Us
> Office of the Secretary of State
> Secretary of State Jesse White
> Privacy Policy
> Terms of Use

Social Media

Contact Us
213 State Capitol
Springfield, IL 62756
800-252-8980 (toll free in Illinois)
217-785-3000 (outside Illinois)
> Contact Forms

Amber Alert  National Center for Missing & Exploited Children

Document title: Corporation/LLC Search/Certificate of Good Standing
Capture URL: https://apps.ilsos.gov/corporatellc/CorporateLlcController
Capture timestamp (UTC): Wed, 21 Dec 2022 16:24:11 GMT