# EXHIBIT 6



## Home | Services | Portfolios | About Us | Contact Us

## About Us

George Street Partners was started in 2005 when an opportunity was identified to leverage skills associated with business development and sales to enhance and expedite IP licensing results. GSP has developed a unique methodology in working with IP holders and potential licensees that GSP consultants utilize today. Working in tandem with our legal partners, we have continuously been able to meet and exceed our clients' expectations. GSP to date has represented five portfolios and has licensed over 435 companies, securing nearly $230 million in licensing revenue.

### TEAM

George Street has a team of highly qualified licensing consultants with fields of expertise including digital and traditional media, technology, telecom, consumer products, Materials Handling and financial. Each consultant is extensively trained on IP licensing, the 5-Step GSP process, program management and market communications. The team is led by Todd Schmidt, Ed Bruno and David Norvell.

**Todd Schmidt (President):** Todd has over 28 years of management and business development experience in the fields of new media technologies, entertainment, consumer durable and packaged goods. Over the span of his career he has worked at Procter & Gamble, Warner Bros. and Dyson Inc. Todd, with his co-founder, successfully built and sold Magnitude Network in 1999. He has also helped raise capital for numerous start-ups and early stage companies. Over the past twelve years, he has a successful track record that includes negotiating multi-million dollar business deals with C-level executives at companies such as Microsoft, Nokia, Panasonic, Sharp, LG Electronics, AOL and Real Networks. Schmidt received his BA from Ohio Wesleyan University and his MBA (Finance) from DePaul University.

**Ed Bruno:** Ed has over 24 years of management and business development experience in new media, traditional media, and technology. Ed has held the Vice President of Sales title in seven companies, two of them public. He has launched or co-launched numerous start-up ventures and has a track record of driving exceptional bottom line revenues. Bruno was voted into the 40 under 40 Club in the Seattle Business Examiner in 2005. Ed sits on the Boards of NitroFit Gyms and Puget Sound Broadcasting. He holds a Bachelor's degree in Speech Communications and Master's Degrees in Rhetoric and English from Oregon State University.

**David Norvell:** David has over 10 years of experience in sales and business development. Prior to joining George Street Partners he held the role of Senior Business Development Officer for the largest private bank in Chicago. He has specialized in working with high net worth clientele and business owners to maximize profitability. His dedication to customer satisfaction and company success ties in directly with the core principles and values of George Street Partners. David attended Southern Illinois University and received a degree in Finance.

### RESULTS

GSP, utilizing its database of over 3000 companies and 500 plus law firms, has a proven ability to expedite and secure better results than traditional licensing outfits. GSP has licensed over 435 companies representing over $230 million. Examples of companies GSP has licensed can be found below:

| | | |
|---|---|---|
| American Express Company | Freescale Semiconductor Holdings | Pactiv Corporation |
| American Greetings Corporation | Fujitsu America, Inc. | Panasonic Corporation |
| Amsted Industries Inc. | Goodyear Tire and Rubber Company | Pantech Co. |
| Asus Computer Inc. | Google Inc. | Patagonia Inc. |
| Atmos Energy Corporation | Green Mountain Coffee Roasters Inc. | PepsiCo Inc. |
| Ann Taylor Stores Corp. | H&R Block | PPG Industries, Inc. |
| Armstrong World Industries | Halliburton Energy Services, Inc. | Qwest Corporation |
| Avis Budget Group Inc. | Hallmark Cards Inc. | Redcats USA Inc. |
| Banner Health | Hanesbrands Inc. | Samsung Electronics Co. |
| Barnes Group Inc. | Herman Miller Inc. | ScanSource Inc. |
| Bausch & Lomb Inc. | Hewlett Packard Corporation | Sears Holding Management Corp. |
| Benchmark Brands Inc. | Hitachi Ltd. | 7 - Eleven Inc. |
| Blockbuster Inc. | Home Depot Inc. | Sanyo |
| Boise Inc. | Horizon Healthcare Services, Inc. | Sharp Electronics |
| Bridgestone Americas, Inc. | HTC Corporation | Siemens Corporation |
| Briggs and Stratton Corporation | IDEXX Laboratories Inc. | Sony Corporation |
| Brown - Forman Corporation | Interline Brands Inc. | Sony - Ericsson |
| Burger King Corporation | Intuit Inc. | Sophos Limited |
| Cabelas | | Southwire Company |

Document title: About U... Case 3:22-cv-00513-KDB-DCK    Document 26-6    Filed 12/22/22    Page 2 of 3
Capture URL: https://georgesp.com/ABOUT_US_2.html
Capture timestamp (UTC): Wed, 21 Dec 2022 16:49:49 GMT                                        Page 1 of 2

...nc. Todd, with his co-founder, successfully built and sold Magnitude Network in 1999. He has also helped raise capital for numerous start-ups and early stage companies. Over the past twelve years, he has a successful track record that includes negotiating multi-million dollar business deals with C-level executives at companies such as Microsoft, Nokia, Panasonic, Sharp, LG Electronics, AOL and Real Networks. Schmidt received his BA from Ohio Wesleyan University and his MBA (Finance) from DePaul University.

**Ed Bruno:** Ed has over 24 years of management and business development experience in new media, traditional media, and technology. Ed has held the Vice President of Sales title in seven companies, two of them public. He has launched or co-launched numerous start-up ventures and has a track record of driving exceptional bottom line revenues. Bruno was voted into the 40 under 40 Club in the Seattle Business Examiner in 2005. Ed sits on the Boards of NitroFit Gyms and Puget Sound Broadcasting. He holds a Bachelor's degree in Speech Communications and Master's Degrees in Rhetoric and English from Oregon State University.

**David Norvell:** David has over 10 years of experience in sales and business development. Prior to joining George Street Partners he held the role of Senior Business Development Officer for the largest private bank in Chicago. He has specialized in working with high net worth clientele and business owners to maximize profitability. His dedication to customer satisfaction and company success ties in directly with the core principles and values of George Street Partners. David attended Southern Illinois University and received a degree in Finance.

## RESULTS

GSP, utilizing its database of over 3000 companies and 500 plus law firms, has a proven ability to expedite and secure better results than traditional licensing outfits. GSP has licensed over 435 companies representing over $230 million. Examples of companies GSP has licensed can be found below:

| | | |
|---|---|---|
| American Express Company | Freescale Semiconductor Holdings | Pactiv Corporation |
| American Greetings Corporation | Fujitsu America, Inc. | Panasonic Corporation |
| Amsted Industries Inc. | Goodyear Tire and Rubber Company | Pantech Co. |
| Asus Computer Inc. | Google Inc. | Patagonia Inc. |
| Atmos Energy Corporation | Green Mountain Coffee Roasters Inc. | PepsiCo Inc. |
| Ann Taylor Stores Corp. | H&R Block | PPG Industries, Inc. |
| Armstrong World Industries | Halliburton Energy Services, Inc. | Qwest Corporation |
| Avis Budget Group Inc. | Hallmark Cards Inc. | Redcats USA Inc. |
| Banner Health | Hanesbrands Inc. | Samsung Electronics Co. |
| Barnes Group Inc. | Herman Miller Inc. | ScanSource Inc. |
| Bausch & Lomb Inc. | Hewlett Packard Corporation | Sears Holding Management Corp. |
| Benchmark Brands Inc. | Hitachi Ltd. | 7 - Eleven Inc. |
| Blockbuster Inc. | Home Depot Inc. | Sanyo |
| Boise Inc. | Horizon Healthcare Services, Inc. | Sharp Electronics |
| Bridgestone Americas, Inc. | HTC Corporation | Siemens Corporation |
| Briggs and Stratton Corporation | IDEXX Laboratories Inc. | Sony Corporation |
| Brown - Forman Corporation | Interline Brands Inc. | Sony - Ericsson |
| Burger King Corporation | Intuit Inc. | Sophos Limited |
| Cabelas | Johns Manville | Southwire Company |
| Cincinnati Bell Inc. | Kimberly-Clark Corporation | Speedway LLC |
| Cintas Corporation | Kohler Company | Sprint Nextel Corporation |
| Cooper Tire & Rubber Company | La-Z-Boy Incorporated | Stanley Black & Decker, Inc. |
| Crown Castle International Corp. | LGE | Steris Corporation |
| Crown Equipment Corporation | Lockheed Martin Corporation | Symantec Corporation |
| Cummins Inc. | Lorillard Inc. | The Orvis Company Inc. |
| Curtiss-Wright Corporation | MasterCard International | The PNC Financial Services Group, Inc. |
| CVS Pharmacy Inc. | McCormick & Co. | The St. Joe Company |
| Danaher Corporation | McKesson Corporation | Thor Industries Inc. |
| Dex One Corporation | Misubishi Motors North America, Inc. | Tomy International |
| Eddie Bauer LLC | Morningstar Inc. | Under Armour, Inc. |
| Emory Healthcare | National Railroad Passenger Corporation | Unisource Worldwide Inc. |
| Epson Inc. | Nokia Corporation | Unisys Corporation |
| Fastenal Company | Ocean Spray Cranberries Inc. | United Airlines |
| Federated Investors | Orbital Sciences Corporation | VaST Systems Technology Corp. |
| First American Corporation | Orbitz Worldwide, Inc. | VF Corporation |
| Ford Motor Company | Owens Corning | Volt Information Sciences Inc. |
| Fortune Brands | Owens - Illinois General Inc. | Wawa Inc. |
| | Pacific Sunwear | Westinghouse ABT Corporation |

Document title: About Us
Capture URL: https://georgesp.com/ABOUT_US_2.html
Capture timestamp (UTC): Wed, 21 Dec 2022 16:49:49 GMT