# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SCHAEFER SYSTEMS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALOFT MEDIA, LLC; <br> GEORGE STREET PARTNERS; <br> TODD SCHMIDT; AND <br> GEORGE ANDREW GORDON <br><br> Defendant. | C.A. No. 3:22-cv-513-KDB-DCK <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT'S OPPOSED MOTION TO DISMISS

Pursuant to Local Civil Rule 7.1, Fed. R. Civ. P. 12(b)(2)-(3), and this Court's discretion to decline jurisdiction, Defendant Aloft Media, LLC ("Aloft") by and through counsel, respectfully moves the Court to dismiss with prejudice Plaintiff's Complaint in its entirety.

The parties have conferred regarding this motion in accordance with Local Rule 7.1(B) and Plaintiff opposes the requested relief.

Date: January 20, 2023

                                          *s/ Derek Dahlgren*
Derek Dahlgren (*pro hac vice*)
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
410-375-7230
Email: ddahlgren@devlinlawfirm.com

J. Douglas Grimes
Allen, Chesson & Grimes
505 N. Church Street
Charlotte, NC 28202
704-755-6012
Email: dgrimes@allenchesson.com

*Attorneys for Defendant*
*Aloft Media, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 20, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

               */s/ Derek Dahlgren*
               Derek Dahlgren