# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

SCHAEFER SYSTEMS INTERNATIONAL, INC.,

        Plaintiff,

      v.

ALOFT MEDIA, LLC;
GEORGE STREET PARTNERS;
TODD SCHMIDT; and
GEORGE ANDREW GORDON

        Defendants.

C.A. No. 3:22-cv-513-KDB-DCK

**JURY TRIAL DEMANDED**

## DECLARATION OF DEREK DAHLGREN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, Derek Dahlgren declare as follows:

1. I am partner at the Devlin Law Firm LLC and counsel of record for Aloft Media, LLC. I submit this declaration in support of Defendant's Motion to Dismiss

2. Attached as Exhibit 1 is a true and correct copy of Whois information of SSI Schaefer, available at https://www.whois.com/whois/ssi-schaefer.com.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of an SSI Schaefer 2021 Sustainability Report, available at https://www.ssi-schaefer.com/en-de/about-us/sustainability/sustainability-report-2021.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct.

This the 20th day of January, 2022.

1

s/ Derek Dahlgren
Derek Dahlgren (*pro hac vice*)
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
410-375-7230
Email: ddahlgren@devlinlawfirm.com

J. Douglas Grimes
Allen, Chesson & Grimes
505 N. Church Street
Charlotte, NC 28202
704-755-6012
Email: dgrimes@allenchesson.com

*Attorneys for Defendant*
*Aloft Media, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Derek Dahlgren*
Derek Dahlgren

2