# EXHIBIT 1



| | Enter Domain or IP | WHOIS |

DOMAINS     WEBSITE     CLOUD     HOSTING     SERVERS     EMAIL     SECURITY     WHOIS     SUPPORT            LOGIN          0

# ssi-schaefer.com

Updated 1 second ago ↻

## Interested in similar domains?

| **ssifischer.com** | Buy Now |
|---|---|
| **ssischaeferphotography.com** | Buy Now |
| **ssischroeder.com** | Buy Now |
| **drssischaefer.com** | Buy Now |
| **ssischaefer.net** | Buy Now |
| **ssifischer.net** | Buy Now |

## Domain Information

| Domain: | ssi-schaefer.com |
|---|---|
| Registrar: | Deutsche Telekom AG |
| Registered On: | 1995-09-20 |
| Expires On: | 2023-09-19 |
| Updated On: | 2022-09-20 |
| Status: | ok |
| Name Servers: | ns1.telekom.net<br>pns.dtag.de |

## Registrant Contact

| Organization: | Fritz Schäfer GmbH |
|---|---|
| Country: | DE |
| Email: | registrar@telekom.de |

## Administrative Contact

| Email: | registrar@telekom.de |
|---|---|

## Technical Contact

| Email: | registrar@telekom.de |
|---|---|

.space

~~$24.88~~ **$1.88**

**BUY NOW**

*Offer ends 31st January 2023

**On Sale!**



**.FUN @ $1.88** ~~$23.88~~

## Raw Whois Data

```
Domain Name: ssi-schaefer.com
Registry Domain ID: 1647_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.registrar.telekom.de
Registrar URL: http://www.registrar.telekom.de
Updated Date: 2022-11-29T10:34:05Z
Creation Date: 1995-09-20T04:00:00Z
Registrar Registration Expiration Date: 2023-09-19T04:00:00Z
Registrar: Deutsche Telekom AG
Registrar IANA ID: 226
Registrar Abuse Contact Email: sece.leitstellenservice@telekom.de
Registrar Abuse Contact Phone: +49.1805212095
Reseller:
Domain Status: Ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Fritz Schäfer GmbH
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province:
```

**Case 3:22-cv-00513-KDB-DCK     Document 45-2     Filed 01/20/23     Page 2 of 4**

```
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: DE
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: registrar@telekom.de
Registry Admin ID: Not Available From Registry
Admin Name: REDACTED FOR PRIVACY
Admin Organization:  REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province:  REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country:
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext:
Admin Email: registrar@telekom.de
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY
Tech Organization:  REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province:  REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country:
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext:
Tech Email: registrar@telekom.de
Name Server: pns.dtag.de
Name Server: ns1.telekom.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-01-21T01:02:44Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Terms of use: The data in our WHOIS database is provided by Deutsche Telekom AG for
Deutsche Telekom AG reserves the right to restrict or terminate your access to the
```



## related domain names

telekom.de     icann.org     telekom.net     dtag.de     internic.net

## Whois
Identity for everyone

Leading provider of web presence
solutions that empower you to establish
and grow your online presence.

Learn more About Us

| Login | or | Create an Account |

Follow Us

**Domains**

Register Domain Name

Transfer Domain Name

View Domain Pricing

Whois Lookup

Name Suggestion Tool

Free with Every Domain

Domain Offers

**Hosting & Products**

Linux Hosting

Windows Hosting

WordPress Hosting

Linux Reseller Hosting

Windows Reseller Hosting

Dedicated Servers

Cloud Hosting

Website Builder

Business Email

**Infrastructure**

Datacenter Details

Hosting Security

24 x 7 Servers Monitoring

Backup and Recovery

**Support**

View Knowledge Base

Contact Support

Report Abuse

Case 3:22-cv-00513-KDB-DCK     Document 45-2     Filed 01/20/23     Page 3 of 4

Enterprise Email

Google Workspace

SSL Certificates

Sitelock

CodeGuard

About Whois

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy

Case 3:22-cv-00513-KDB-DCK   Document 45-2   Filed 01/20/23   Page 4 of 4