# EXHIBIT 2



# Sustainability Report 2021

*Think Tomorrow.*

SSI SCHÄFER

Case 3:22-cv-00513-KDB-DCK    Document 45-3    Filed 01/20/23    Page 2 of 12

# Content

**03** **Foreword by the Management**

**05** **Company portrait**

**13** **Sustainability Strategy & Management**

**19** **Value-based corporate culture**

**20** Compliance: More than just laws

**23** Excellent quality, safe products

**26** Mindful use of resources

**29** Responsible employer

**33** A safe workplace for all

**37** **Together for the climate**

**38** **Innovative solution provider**

**39** The future is digital

**42** Sustainable innovations

**45** Stable and profitable growth

**50** **The future of agriculture is vertical**

**51** **Responsible management**

**52** Assuming responsibility, protecting human rights

**55** Securing sustainable supply chains worldwide

**59** Stopping climate change

**62** Improving environmental performance

**65** Reducing emissions

**68** **Fighting food waste**

**69** **People matter**

**73** **Efficiency meets social responsibility**

**74** **Facts and figures**

**86** **GRI content index**

**89** **About this report**

Case 3:22-cv-00513-KDB-DCK    Document 45-3    Filed 01/20/23    Page 3 of 12

# Foreword by the Management



**"At the same time, we developed a new SSI SCHAEFER mission statement as well as a new corporate strategy."**

**Dear employees, customers and business partners,**

For SSI SCHAEFER, 2021 was clearly a year of transformation. As we took up our activity as Group management, our top priority was to stabilize the main pillars of the company with a view to profitability and liquidity and to position the Group for the future. At the same time, we developed a new SSI SCHAEFER mission statement as well as a new corporate strategy. The resulting "SSI Strategy Roadmap 2023" focuses on six topics that we have begun to address and that we will continue to concentrate in the years ahead, namely profitability, innovation, growth, customer satisfaction, employee orientation and sustainability.

Over the past years, sustainability has clearly gained importance in our society. Important steps in this context were the Paris Agreement, which came into force in 2016, and the United Nations 2030 Agenda for Sustainable Development. Building on this, the European Commission published its action plan on financing sustainable growth in March 2018. Many capital market-oriented companies are already obliged to regularly report on their sustainability activities and even though these requirements are still voluntary for us, we want to live up to our responsibility as a medium-sized company headquartered in Germany and operating on a global scale and make a contribution to sustainable development.

Not only is our commitment to sustainability reflected in the fact that we joined the global "50 Sustainability and Climate Leads" initiative in 2020, but we continue to further our efforts. As the first intralogistics provider, we are an important part of this alliance and contribute to achieving the 17 UN Sustainable Development Goals.

We have also taken a close look at our own values and developed a value definition for ourselves, which is reflected in our commitment to a sustainable future at SSI SCHAEFER.

GRI 102-16

Case 3:22-cv-00513-KDB-DCK     Document 45-3     Filed 01/20/23     Page 4 of 12

**Five cornerstones of our value definition**



**1. Social justice.** Respect for human rights, security, gender equality, cultural diversity and integration.



**2. Environmental protection** refers to our natural environment, including water, energy consumption, agriculture, biodiversity, animals, forests and air.



**3. Economic development** that refers to understanding the limits and potential of economic growth, as well as poverty reduction, responsible consumption, corporate sustain-ability, governance, energy efficiency and energy conservation, employment, education, and waste management.



**4. Corporate governance** that creates the framework for sustainable development as an overarching principle and promotes transparent and effective structures at a local, national and global level.

**5. The corporate culture** serves as a framework for sustainability, including the values and goals that we base our day-to-day business.

GRI 102-14
GRI 102-16

4

It was also important for us to know the external expectations of our stakeholders – customers, employees, business partners, our owners and investors, as well as society and the public at large – so that we can take them into account in our strategy process and place our sustainability efforts on a solid footing. Complemented by our internal perspective, this allowed us to identify the main topics for us and derive three action areas: *"Value-oriented corporate culture as the foundation for our dealings with stakeholders and resources," "Using intelligent processes to create innovative and sustainable solutions for our customers"* and *"Responsible management by reducing impacts along our value chain"*. Last year, we developed specific sustainability goals and measures for each of these action areas and will report regularly on their implementation and progress.

Our first Sustainability Report is intended to give our stakeholders an insight into the sustainable initiatives, projects and solutions we are pursuing already today, our major challenges in the relevant action areas in the coming years, and how we plan to master them. As we are committed to high reporting quality, we have prepared this report in accordance with the global GRI (Global Reporting Initiative) standards for sustainability reporting.

**"Our first Sustainability Report is intended to give our stakeholders an insight into the sustainable initiatives, projects and solutions we are pursuing already today, our major challenges in the relevant action areas in the coming years, and how we plan to master them."**

Besides our own sustainability focus and the involvement of our partners upstream in the supply chain, we see it as our task as a leading global intralogistics company to also support our customers in innovations and efficiency improvements in their logistics processes and supply chains in such a way that they operate not only successfully but also sustainably in the long term.

We look forward to an inspiring exchange with you!

Neunkirchen, August 2022

Steffen Bersch       Bruno Krauss       Harald Rackel
CEO                  CFO                COO

4

# Company portrait

**Headquartered in Neunkirchen (Germany), the SSI SCHAEFER Group is a global group of companies and the world's leading solution provider of modular storage and logistics systems. On six continents, SSI SCHAEFER develops innovative solutions for various industries of its customers, thus shaping the future of intralogistics.**

**Our mission statement for a successful future**

In 2021, we adopted a new mission statement that guides us as we move into the future and forms the basis for our SSI Strategy Roadmap 2023.

**Our vision**
As a technology leader, we supply the urbanized society with various goods and merchandise in a sustainable manner and measure the quality of our work by the satisfaction of our customers.

**Our mission**
We enable our customers to meet the growing expectations and needs of their customers more effectively, efficiently and sustainably with solution-oriented intralogistics.

This requires an intensive exchange and close cooperation and partnership with various stakeholders.

**Our values**
As a family business, we focus on shaping the future independently and pragmatically. We stand for cooperation in a strong Group and in long-term partnerships, for which respect for colleagues and business partners is essential. This is the only way we can jointly implement change and focus on sustainability in the management of all resources.

**Corporate structure**

The incorporation of "Fritz-Schäfer – fabrikmäßige Herstellung von Blechwaren aller Art" in 1937 laid the foundation for the 85-year history of the family business. Over generations, the Schaefer family has shaped one of the world's largest intralogistics providers. Besides the SSI SCHAEFER Group, two sister companies, SCHAEFER WERKE and SCHAEFER SHOP, also operate under the name "SCHAEFER" – but independently of each other in diversified business segments.

Fritz Schäfer GmbH & Co KG Einrichtungssysteme headquartered in Neunkirchen is the parent company of the SSI SCHAEFER Group. In addition, there are some 70 subsidiaries operating worldwide as well as seven production sites. The Group employs a total of roughly 10,000 people.

SSI SCHAEFER is owned by a total of more than 20 shareholders, who are committed to running the SCHAEFER Group as an independent family business.

GRI 102-1
GRI 102-3, 102-4, 102-5
GRI 102-7, 102-8
GRI 102-16

Case 3:22-cv-00513-KDB-DCK    Document 45-3    Filed 01/20/23    Page 6 of 12

# Organization of the SSI SCHAEFER Group (status: 2021)*

**ADVISORY COUNCIL**

**MANAGEMENT**

| **CEO Group** | ▪ | **CFO Group** | ▪ | **COO Group** |
|---|---|---|---|---|
| Steffen Bersch | | Bruno Krauss | | Harald Rackel |

**GROUP FUNCTIONS**

- Compliance & Internal Audit
- HR & Internal Communication
- Marketing & External Communication
- Group Legal & Data Protection
- Strategy

- Business Process Management
- HSE & Global Social Responsibility
- Finance: Accounting, Controlling Taxes
- IT & Information Safety

- Plant Controlling
- Supply Chain Excellence
- Integrated Management System
- Procurement
  - Direct Spend Autom.
  - Direct Spend Non-Autom.
  - Indirect Spend
- Global Technology

**DIVISIONS (CEO)**

- Logistics Solutions (LS)
- Customer Services (CS)
- Products & Equipment (PE)
- Waste & Packaging (WP)

**FACTORIES (COO)**

- Neunkirchen (DE)
- Graz (AT)
- Hranice (CZ)

- Malaysia
- USA, Mexico

**REGIONS (CFO)**

- North America
- Latin America
- APAC & MEA
- Northern Europe
- Central Europe
- Southern Europe

*Schematic illustration. No organization chart.

6

In 2020, a new management team that is unrelated to the family was appointed, which is controlled by the Advisory Council appointed by the shareholders.

In the financial year 2021, this Advisory Council had a total of 7 members.

The Group's management team is composed of Chief Executive Officer (CEO) Steffen Bersch, Chief Financial Officer (CFO) Bruno Krauss and Chief Operating Officer (COO) Harald Rackel. In 2020, the following matrix structure was implemented in the company: Below the Management Board, there are 14 different group functions that are responsible for strategic and administrative management and report to the respective member of the Management Board depending on their area of expertise.

Social Responsibility and Health, Safety & Environment (HSE) is assigned to the CFO. Besides the group function that is responsible for the contents and implementation of the sustainability strategy, the Global Sustainability Council (GSC) has been installed. The latter involves the Regional Heads as well as the heads of the group functions in managing and monitoring the sustainability strategy.

GRI 102-19, 102-20
GRI 102-45

6

In 2021, SSI SCHAEFER comprised four overarching, global business units:

- Logistics Solutions
- Customer Services
- Products & Equipment
- Waste & Packaging

Each of these business units is headed by a Business Unit (BU) Manager who reports directly to the CEO.

The six regions in which the Group operates have a reporting line to the CFO. The plants in the individual regions are led by the plant managers and report to the COO.

## SSI SCHAEFER employees in action around the world

Headquartered in Neunkirchen (Germany), the SSI SCHAEFER Group has more than 70 branches on six continents, thus combining global and local strength across national borders. SSI SCHAEFER has a presence in APAC & MEA, Northern Europe, Central Europe, Southern Europe, North America and Latin America. Our seven manufacturing sites are located in Germany, Austria, the Czech Republic, the USA, Mexico and Malaysia.

Our employees form the basis for the success of our globally operating Group. As of 31 December 2021, we employed a total of 9,891 full time equivalent (FTE) people across our different locations. A breakdown of employees by region is provided on the following page:



GRI 102-4, 102-6
GRI 102-8
GRI 102-18

7

Case 3:22-cv-00513-KDB-DCK    Document 45-3    Filed 01/20/23    Page 8 of 12

# Facts and figures

The 2021 Sustainability Report covers the entire scope of consolidation of the SSI SCHAEFER Group with its around 70 subsidiaries. Unless otherwise stated, the key figures contained in this chapter refer to the 18 biggest companies (BIG 18) of the SSI SCHAEFER Group, which together account for more than 80% of sales revenues.

**18 biggest companies** („BIG 18") (GRI 102-4)



| Company: | Company: | Company: | Company: | Company: | Company: | Company: | Company: | Company: |
|---|---|---|---|---|---|---|---|---|
| Schaefer Systems International Pte. Ltd. | Schaefer Systems Int. Sdn. Bhd. | Schaefer Systems International Pty. Ltd. | Fritz Schäfer GmbH | SSI Schäfer Automation GmbH | SSI Schäfer Automation GmbH | SSI Schäfer AG | SSI Schäfer IT Solutions GmbH | „SSI"Schäfer Gesellschaft m.b.H. |
| **Country:** Singapore **Region:** APAC & MEA | **Country:** Malaysia **Region:** APAC & MEA | **Country:** Australia **Region:** APAC & MEA | **Country:** Germany (Neunkirchen) **Region:** Central Europe | **Country:** Germany (Giebelstadt) **Region:** Central Europe | **Country:** Austria (Graz) **Region:** Central Europe | **Country:** Switzerland **Region:** Central Europe | **Country:** Austria (Friesach) **Region:** Central Europe | **Country:** Austria (Wels) **Region:** Central Europe |

| Company: | Company: | Company: | Company: | Company: | Company: | Company: | Company: | Company: |
|---|---|---|---|---|---|---|---|---|
| Fritz Schäfer GmbH & Co KG, Einrichtungssysteme | Schaefer Systems International, Inc. | SSI Schäfer Ltd. | SSI Schäfer N.V./S.A. | SSI Schäfer B.V. | SSI Schäfer s.r.o. | INCAS S.p.A. | SSI Schäfer Sp.zo.o | SSI Schaefer S.A.S. |
| **Country:** Germany (Neunkirchen) **Region:** Central Europe | **Country:** USA **Region:** North America | **Country:** Great Britain **Region:** Northern Europe | **Country:** Belgium **Region:** Northern Europe | **Country:** Netherlands **Region:** Northern Europe | **Country:** Czech Republic (Hranice) **Region:** Southern Europe | **Country:** Italy **Region:** Southern Europe | **Country:** Polen **Region:** Southern Europe | **Country:** France **Region:** Southern Europe |

 Production location

Case 3:22-cv-00513-KDB-DCK    Document 45-3    Filed 01/20/23    Page 9 of 12

# About this report

This year, SSI SCHAEFER Group presents its first voluntary Sustainability Report. The present report refers to the financial year 2021 (January 1, 2021 to December 31, 2021) and additionally includes selected information from the first months of the financial year 2022.

As the collection of key performance indicators did not start before 2021, historical figures for comparison are not available in some cases.

The editorial deadline for the Sustainability Report 2021 was August 2, 2021.

The Group plans to prepare an annual Sustainability Report in the future. The report for the financial year 2022 is expected to be published in mid-2023.

The Sustainability Report 2021 covers the entire basis of consolidation of the SSI SCHAEFER Group with its 74 subsidiaries. Unless otherwise stated, the performance indicators contained in this report refer to the 18 largest entities of the SSI SCHAEFER Group, which together account for more than 80% of sales revenues. For the next Sustainability Report 2022, the Group has set itself the goal of including the entire basis of consolidation in its sustainability reporting also with regard to the performance indicators.

The present Sustainability Report has not been audited. Going forward, the management of the SSI SCHAEFER Group will decide on the need for an external audit on an annual basis.

This Sustainability Report is available in German and English. In case of deviations, the German version shall apply.

**Rounding note**

When using rounded amounts and percentages, minor deviations may occur due to commercial rounding.

**Published by**

SSI SCHÄFER – Fritz Schäfer GmbH & Co KG
Fritz-Schäfer-Straße 20
57290 Neunkirchen

Tel.: +49 2735 70-1
Fax: +49 2735 70-396

**ssi-schaefer.com**

GRI 102-45
GRI 102-50, 102-51, 102-52
GRI 102-56

Case 3:22-cv-00513-KDB-DCK    Document 45-3    Filed 01/20/23    Page 10 of 12

## Contact

Heiko Stötzel
Global Head Group Social Responsibility |
Global Head HSE

E-Mail: GroupSocialResponsibility@ssi-schaefer.com
Tel.: +49 2735 70-1

## Concept, editing and overall coordination

IR.on AG, Cologne
www.ir-on.com

## Picture credits

Fotograf: infarm & die_photodesigner.de

## Forward-looking statements

This Sustainability Report contains certain forward-looking statements relating to the future development of SSI SCHAEFER Group and its entities as well as to economic and political developments. These statements represent estimates that we have made based on all the information available to us at the time the report was prepared. Should the underlying assumptions fail to materialize or further risks occur, the actual results, developments and performance of the Group may differ from the estimates presented. Even if the actual results of SSI SCHAEFER Group, including its financial position and profitability as well as the economic and regulatory framework conditions, are in line with the forward-looking statements in this Sustainability Report, no guarantee can be given that this will continue to be the case in the future. SSI SCHAEFER Group therefore assumes no liability for the forward-looking statements presented in this report.

## Your feedback

We want to continuously improve and develop our sustainability efforts. We therefore welcome your feedback on our Sustainability Report. You can send us your comments directly online to the above e-mail address.

## Further reporting

For further information on SSI SCHAEFER Group and its commitment to sustainability, please visit our company website at **ssi-schaefer.com**

GRI 102-53

Case 3:22-cv-00513-KDB-DCK    Document 45-3    Filed 01/20/23    Page 11 of 12



# Think Tomorrow.

**SSI SCHÄFER**
**Fritz Schäfer GmbH & Co KG**
Fritz-Schäfer-Straße 20
57290 Neunkirchen

Tel.: +49 2735 70-1
E-Mail: info@ssi-schaefer.com

**ssi-schaefer.com**