IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-513-KDB-DCK

| | |
|---|---|
| SCHAEFER SYSTEMS INTERNATIONAL, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| ALOFT MEDIA, LLC, TODD SCHMIDT, GEORGE STREET PARTNERS, and GEORGE ANDREW GORDON, | ) ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Extend Defendant George Andrew Gordon's Time To Respond To Plaintiff's First Amended Complaint" (Document No. 56) and the "Consent Motion To Extend Defendants George Street Partners And Todd Schmidt's Time To Respond To Plaintiff's First Amended Declaratory Judgment Complaint" (Document No. 57), filed March 17, 2023.

These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will grant the motions. However, the undersigned respectfully notes that the requested extensions are longer than the Court usually allows, and that further extensions are unlikely.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Extend Defendant George Andrew Gordon's Time To Respond To Plaintiff's First Amended Complaint" (Document

No. 56) is **GRANTED**. Defendant shall file an Answer, or otherwise respond to the Amended Complaint, on or before **May 11, 2023**.

    **IT IS FURTHER ORDERED** that the "Consent Motion To Extend Defendants George Street Partners And Todd Schmidt's Time To Respond To Plaintiff's First Amended Declaratory Judgment Complaint" (Document No. 57) is **GRANTED**. Defendants shall file an Answer, or otherwise respond to the Amended Complaint, on or before **May 11, 2023**.

Signed: March 20, 2023

David C. Keesler
United States Magistrate Judge