**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:22-CV-513-KDB-DCK**

| | | |
|---|---|---|
| **SCHAEFER SYSTEMS** | ) | |
| **INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ALOFT MEDIA, LLC, et al.,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 63) filed by John P. Higgins, concerning Michael A. Benefield, on May 2, 2023. Michael A. Benefield seeks to appear as counsel *pro hac vice* for Defendants George Street Partners and Todd Schmidt. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 63) is **GRANTED**. Michael A. Benefield is hereby admitted *pro hac vice* to represent Defendants George Street Partners and Todd Schmidt.

**SO ORDERED**.

Signed: May 3, 2023

David C. Keesler
United States Magistrate Judge