IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-513-KDB-DCK

| | |
|---|---|
| SCHAEFER SYSTEMS INTERNATIONAL, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| ALOFT MEDIA, LLC, et al., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 64) filed by John P. Higgins, concerning Brian Buss, on May 2, 2023. Brian Buss seeks to appear as counsel *pro hac vice* for Defendants George Street Partners and Todd Schmidt. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 64) is **GRANTED**. Brian Buss is hereby admitted *pro hac vice* to represent Defendants George Street Partners and Todd Schmidt.

**SO ORDERED**.

64

Signed: May 3, 2023

David C. Keesler
United States Magistrate Judge