IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SCHAEFER SYSTEMS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALOFT MEDIA, LLC;<br>GEORGE STREET PARTNERS;<br>TODD SCHMIDT; AND<br>GEORGE ANDREW GORDON<br><br>Defendant. | C.A. No. 3:22-cv-513-KDB-DCK<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT GEORGE ANDREW GORDON'S MOTION TO DISMISS**

Pursuant to Local Civil Rule 7.1, Fed. R. Civ. P. 12(b)(2) and 12(b)(6), and this Court's discretion to decline jurisdiction, Defendant George Andrew Gordon ("Gordon") by and through counsel, respectfully moves the Court to dismiss with prejudice Plaintiff's First Amended Complaint in regards to George Andrew Gordon.

The parties have conferred regarding this motion in accordance with Local Rule 7.1(B) and Plaintiff opposes the requested relief.

Date: May 11, 2023

        *s/ Derek Dahlgren*
        Derek Dahlgren (*pro hac vice*)
        Devlin Law Firm LLC
        1526 Gilpin Avenue
        Wilmington, DE 19806
        410-375-7230
        Email: ddahlgren@devlinlawfirm.com

        J. Douglas Grimes
        Allen, Chesson & Grimes
        505 N. Church Street
        Charlotte, NC 28202
        704-755-6012
        Email: dgrimes@allenchesson.com

        *Attorneys for Defendant*
        *Aloft Media, LLC*
        *George Andrew Gordon*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Derek Dahlgren*
Derek Dahlgren