# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

SCHAEFER SYSTEMS
INTERNATIONAL, INC.,

     Plaintiff,

     v.

ALOFT MEDIA, LLC; GEORGE STREET
PARTNERS; TODD SCHMIDT; and GEORGE
ANDREW GORDON,

     Defendants.

C.A. No. 3:22-cv-513

**JURY TRIAL DEMANDED**

---

**DEFENDANTS GEORGE STREET PARTNERS AND TODD SCHMIDT'S ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED DECLARATORY JUDGMENT COMPLAINT**

Defendants George Street Partners ("GSP") and Todd Schmidt ("Schmidt," collectively

with GSP, "Defendants") hereby provide their Answer and Affirmative Defenses to Plaintiff's

First Amended Declaratory Judgment Complaint (Dkt. No. 28) (the "Complaint") as follows:

## NATURE OF THE ACTION

1. Denied.

2. Denied.

3. The allegations of this paragraph do not appear directed to Defendants. To the
extent any allegations of this paragraph are directed at Defendants, denied.

4. The allegations of this paragraph do not appear directed to Defendants. To the
extent any allegations of this paragraph are directed at Defendants, denied.

5. Paragraph 5 contains no factual allegations, rather it recites that Schaefer seeks
declaratory judgment under the Declaratory Judgment Act, 28 U.S.C. § 2201.

Defendants deny that Schaefer is entitled to the relief sought. To the extent this paragraph contains any allegations directed at Defendants, it is denied.

## THE PARTIES

6. Admitted.

7. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

8. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

9. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

10. Admitted that Exhibit 12 of the Complaint purports to be a copy of the website, otherwise denied.

11. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

12. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

13. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

14. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

15. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

16. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

17. Admitted.

18. Admitted.

19. Admitted.

20. GSP admits that it provides consulting services regarding the licensing of intellectual property and was retained by Aloft Media, LLC to act as its licensing representative, but otherwise denied.

21. Admitted.

22. Admitted.

23. Denied.

24. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

25. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

26. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

27. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

28. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

29. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

30. To the extent this paragraph contains allegations directed at Defendants, denied.

31. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

**JURISDICTION AND VENUE**

32. This paragraph contains legal conclusions to which no response is required. To the extent this paragraph contains any allegations against Defendants, denied.

33. This paragraph contains legal conclusions to which no response is required. To the extent this paragraph contains any allegations against Defendants, denied.

34. This paragraph contains legal conclusions to which no response is required. To the extent this paragraph contains any allegations against Defendants, denied.

35. This paragraph contains legal conclusions to which no response is required. To the extent this paragraph contains any allegations against Defendants, denied.

36. This paragraph contains legal conclusions to which no response is required. To the extent this paragraph contains any allegations against Defendants, denied.

37. Denied.

38. Denied.

39. Denied.

40. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

41. Admitted that GSP is identified in the March 4, 2022, Notice Letter as Aloft Media, LLC's "authorized licensing agent," otherwise denied.

42. Admitted that Schmidt is identified in the March 4, 2022, Notice Letter, otherwise denied.

43. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

44. Admitted that the March 4, 2022, Notice Letter was addressed to a North Carolina address, otherwise denied.

45. To the extent this paragraph contains allegations directed at Defendants, denied.

46. To the extent this paragraph contains allegations directed at Defendants, denied.

47. To the extent this paragraph contains allegations directed at Defendants, denied.

48. This paragraph contains legal conclusions to which no response is required. To the extent this paragraph contains any allegations against Defendants, denied.

49. To the extent this paragraph contains allegations directed at Defendants, denied.

## FACTUAL BACKGROUND AND GENERAL ALLEGATIONS

50. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

51. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

52. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

53. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

54. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

55. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

56. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

57. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

58. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

59. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

60. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

61. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

*Subject Matter of the Accused Patents*

62. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

63. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

64. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

65. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

66. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

67. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

*Relevant Prosecution History of the Accused Patents and Their Patent Family*

68.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

69.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

70.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

71.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

72.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

73.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

74.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

75.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

76.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

77.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

78.     Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

79. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

80. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

81. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

82. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

83. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

*The '140 Provisional Application*

84. Admitted that Exhibit 18 purports to be a copy of the '140 Provisional Application that was filed on March 20, 2006, titled "Hyperlink with graphical cue", and listed Gal Arav as the inventor. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, and therefore denies them.

85. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

86. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

87. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

88. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

89.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

90.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

91.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

92.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

93.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

94.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

### *The '141 Provisional Application*

95.   Admitted that Exhibit 19 purports to be a copy of the '141 Provisional Application was filed on March 20, 2006, titled "Instantaneous Symbol Lookup", and listed Gal Arav as the inventor.  Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, and therefore denies them.

96.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

97.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

98.   Defendants lack knowledge or information sufficient to form a belief about the truth

9

of the allegations, and therefore denies them.

99. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

100. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

101. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

102. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

103. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

104. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

105. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

### *The '957 Application*

106. Admitted that Exhibit 20 purports to be a copy of the '957 Application was filed on March 20, 2006, and is titled "Message Board Aggregator" and lists Gal Arav as an inventor. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, and therefore denies them.

107. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

108. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

109. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

110. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

111. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

112. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

113. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

114. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

115. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

116. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

117. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

118. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

119. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

120. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

121. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

122. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

123. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

124. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

125. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

126. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

127. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

*PCT Application Number PCT/US07/06902*

128. Admitted that Exhibit 21 purports to be a copy of PCT Application Number PCT/US07/06902, entitled "Message Board Aggregator." Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, and therefore denies them.

129. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

130. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

131. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

132. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

### *Non-Provisional Continuation Applications Filed December 12, 2008*

133. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

### *The '068 Application*

134. Admitted that Exhibit 23 purports to be a copy of the '068 Application that was filed as a continuation on December 12, 2008, and is titled "Hyperlink with Graphical Cue." Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, and therefore denies them.

135. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

136. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

137. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

138. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

139. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

140. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

141. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

142. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

143. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

144. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

145. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

146. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

147. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

148. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

149. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

150. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

151.	Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

152.	Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

153.	Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

154.	Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

155.	Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

156.	Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

157.	Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

158.	Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

159.	Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

160.	Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

161.	Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

162.	Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

163. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

164. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

165. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

166. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

167. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

168. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

169. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

170. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

171. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

172. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

173. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

174. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

175. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

176. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

177. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

178. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

179. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

180. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

181. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

182. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

183. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

184. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

185. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

186. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

187. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

188. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

189. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

190. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

191. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

192. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

193. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

194. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

195. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

196. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

197. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

198. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

199. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

200. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

### The '002 Application a/k/a The '823 Patent

201. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

202. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

203. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

204. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

205. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

206. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

207. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

208. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

209. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

210. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

211. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

212. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

213. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

214. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

215. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

216. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

217. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

218. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

219. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

220. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

221. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

222. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

223. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

224. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

225. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

226. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

227. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

228. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

229. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

230. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

231. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

232. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

233. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

234. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

235. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

236. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

237. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

238. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

239. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

240. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

### The '939 Application a/k/a The '623 Patent

241. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

242. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

243. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

244. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

245. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

246. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

247. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

248. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

249. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

250. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

251. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

252. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

253. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

254. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

255. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

256. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

257. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

258. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

259. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

260. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

261. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

262. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

*US Patent Application No. 16/056,491*

263. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

264. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

265. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

***The '487 Application***

266. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

267. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

268. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

269. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

270. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

271. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

272. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

273. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

274. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

275. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

276. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

277. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

278. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

279. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

280. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

281. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

282. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

283. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

284. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

285. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

286. Admitted.

*The '044 Application a/k/a The '793 Patent*

287. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

288. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

289. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

290. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

291. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

292. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

293. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

294. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

295. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

296. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

297. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

298. Defendants lack knowledge or information sufficient to form a belief about the truth

299. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

299. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

300. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

301. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

302. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

303. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

304. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

305. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

306. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

307. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

308. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

309. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

310. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

311. Admitted.

### The '451 Application a/k/a The '164 Patent

312. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

313. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

314. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

315. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

316. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

317. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

318. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

319. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

320. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

321. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

322. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

323. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

324. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

325. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

326. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

327. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

328. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

329. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

330. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

331. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

332. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

333. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

334. Admitted.

*The '158 Application a/k/a The '260 Patent*

335. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

336. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

337. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

338. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

339. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

340. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

341. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

342. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

343. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

344. Defendants lack knowledge or information sufficient to form a belief about the truth

of the allegations, and therefore denies them.

345. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

346. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

347. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

348. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

349. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

350. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

351. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

352. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

353. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

354. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

355. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

356.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

357.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

358.    Admitted.

### The '912 Application

359.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

360.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

361.    Admitted.

362.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

### The Five Accused Patents

#### 1) The '823 Patent

363.    Admitted that Exhibit 1 purports to be a copy of the '823 Patent is entitled "HYPERLINK WITH GRAPHICAL CUE." Defendants are without sufficient information to admit or deny the remaining allegations, therefore denied.

364.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

365.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

366.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

367. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

368. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

369. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

370. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

371. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

372. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

373. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

2) The '623 Patent

374. Admitted that Exhibit 2 purports to be a copy of the '623 Patent is entitled "HYPERLINK WITH GRAPHICAL CUE." Defendants are without sufficient information to admit or deny the remaining allegations, therefore denied.

375. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

376. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

377. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

378. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

379. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

### 3) The '793 Patent

380. Admitted that Exhibit 3 purports to be a copy of the '793 Patent is entitled "HYPERLINK WITH GRAPHICAL CUE." Defendants are without sufficient information to admit or deny the remaining allegations, therefore denied.

381. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

382. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

383. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

384. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

385. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

386. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

387. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

### 4) The '164 Patent

388. Admitted that Exhibit 4 purports to be a copy of the '164 Patent is entitled

"HYPERLINK WITH GRAPHICAL CUE." Defendants are without sufficient information to admit or deny the remaining allegations, therefore denied.

389. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

390. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

391. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

392. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

393. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

394. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

5) The '260 Patent

395. Admitted that Exhibit 5 purports to be a copy of the '260 Patent is entitled "HYPERLINK WITH GRAPHICAL CUE." Defendants are without sufficient information to admit or deny the remaining allegations, therefore denied.

396. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

397. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

398. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

399. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

### *The Accused Schaefer Website*

400. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

401. Defendants admit Plaintiff has made representations that its website is hosted on a network of servers that are located in Germany. Defendants lack knowledge or information sufficient to form a belief about the truth of Plaintiff's allegations, in part because of Plaintiff's inconsistent statements about being "the owner and operator of https://www.ssi-schaefer.com/en-us" versus that it just "operates https://www.ssi-schaefer.com/en-us," and therefore denies the allegations.

402. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

403. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

404. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

405. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

406. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

407. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

37

***The Accused Schaefer Website Does Not Infringe the Asserted Patents***

408.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

*1)   There is No "Navigation to a Destination," i.e., an External Website*

409.    Denied.

410.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

411.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

412.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

413.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

414.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

415.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

*2) Each Web Page Has A Unique Instance of Menu Options*

416.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

417.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

418.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

419. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

420. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

421. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

422. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

423. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

424. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

425. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

426. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

427. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

428. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

429. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

430. The allegations of this paragraph do not appear directed to Defendants. To the

extent any allegations of this paragraph are directed at Defendants, denied.

431. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

432. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

433. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

434. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

435. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

436. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

437. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

438. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

439. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

440. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

441. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

442. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

443. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

444. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

445. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

446. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

447. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

448. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

449. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

450. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

451. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

452. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

453. The allegations of this paragraph do not appear directed to Defendants. To the

extent any allegations of this paragraph are directed at Defendants, denied.

454.    Defendants admit Plaintiff has made representations that its website is hosted on a network of servers that are located in Germany.  Defendants lack knowledge or information sufficient to form a belief about the truth of Plaintiff's allegations, in part because of Plaintiff's inconsistent statements about being "the owner and operator of https://www.ssi-schaefer.com/en-us" versus that it just "operates https://www.ssi-schaefer.com/en-us," and therefore denies the allegations.

455.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

456.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

457.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

458.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

459.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

460.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

461.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

462.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

463. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

464. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

465. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

466. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

467. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

### *The Accused Patents are*
### *Directed to Patent Ineligible Subject Matter Under 35 U.S.C. § 101*

468. This paragraph contains legal conclusions to which no response is required. To the extent this paragraph contains any allegations against Defendants, denied.

469. This paragraph contains legal conclusions to which no response is required. To the extent this paragraph contains any allegations against Defendants, denied.

470. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

### *The Accused Patents are*
### *Anticipated and/or Obvious Under 35 U.S.C. §§ 102 and 103*

471. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

### *The Accused Patents*
### *Improperly Introduce New Matter and are Invalid under 35 U.S.C. §§ 112 and/or 132*

472. The allegations of this paragraph do not appear directed to Defendants. To the

43

extent any allegations of this paragraph are directed at Defendants, denied.

473. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

474. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

475. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

476. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

477. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

*The Asserted Patents are Unenforceable Because of
Defendants' Inequitable Conduct and Prosecution Laches*

478. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

479. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

480. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

481. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

482. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

483. The allegations of this paragraph do not appear directed to Defendants. To the

extent any allegations of this paragraph are directed at Defendants, denied.

484. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

485. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

486. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

487. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

488. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

489. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

490. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

491. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

492. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

493. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

494. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

495. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

496. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

497. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

498. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

499. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

500. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

501. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

### *Defendants' Demand Letter and Conduct During Licensing Negotiations*

502. Admitted that a purported copy of this letter, with redactions, is attached as Exhibit 6 to the Complaint and that this letter was sent on or about March 4, 2022, but otherwise denied.

503. Admitted that the March 4, 2022, letter was signed by Andrew Gordon and admitted that the March 4, 2022, letter identified GSP as Aloft Media, LLC's authorized licensing agent, but otherwise denied.

504. Admitted that the March 4, 2022, letter stated "We are contacting and offering licenses to you and other companies like yours that we believe may be infringing one

46

or more claims of the patents in the portfolio," but otherwise denied.

505. Admitted that Exhibit 17 is a purported document containing information regarding Aloft Media, LLC's licenses.

506. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

507. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

508. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

509. Denied.

510. Denied.

511. Denied.

512. Denied.

513. Denied.

514. Denied.

515. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them.

516. Denied.

517. Denied.

518. Denied.

519. Admitted to the extent that as of March 4, 2022, Defendants were aware of the German entity SSI Schaefer headquartered in Neunkirchen, Germany which appears, on information and belief, to be comprised of SSI Schäfer Holding International,

47

GmbH and/or Fritz Schäfer GmbH & Co KG.  The remaining allegations are denied.

520.    Admitted to the extent that as of March 4, 2022, Defendants were aware of the German entity SSI Schaefer headquartered in Neunkirchen, Germany which appears, on information and belief, to be comprised of SSI Schäfer Holding International, GmbH and/or Fritz Schäfer GmbH & Co KG.  The remaining allegations are denied.

521.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

522.    Denied.

523.    Denied.

524.    Denied.

525.    Denied.

526.    Denied.

527.    Denied.

528.    Denied.

529.    Denied.

530.    Denied.

531.    Denied.

532.    Denied.

533.    Denied.

534.    Admitted that Exhibit 16 is a purported copy of an email from Schmidt, but otherwise denied.

535.    Denied.

536.    This paragraph contains legal conclusions to which no response is required.  To the

extent this paragraph contains any allegations against Defendants, denied.

537. This paragraph contains legal conclusions to which no response is required. To the extent this paragraph contains any allegations against Defendants, denied.

538. Denied.

539. Denied.

540. Denied.

541. Denied.

542. Denied.

543. Denied.

544. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

545. Denied.

546. Denied.

547. This paragraph contains legal conclusions to which no response is required. To the extent this paragraph contains any allegations against Defendants, denied.

548. Denied.

549. Denied.

550. Denied.

551. This paragraph contains legal conclusions to which no response is required. To the extent this paragraph contains any allegations against Defendants, denied.

552. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

553. The allegations of this paragraph do not appear directed to Defendants. To the

extent any allegations of this paragraph are directed at Defendants, denied.

554. Denied.

555. Denied.

556. Denied.

557. Denied.

558. This paragraph contains legal conclusions to which no response is required. To the extent this paragraph contains any allegations against Defendants, denied.

559. Denied.

560. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

561. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

562. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

563. Denied.

564. Denied.

565. Denied.

### COUNT I – DECLARATION OF NON-INFRINGEMENT OF U.S. PATENT NO. 10,042,823
*(28 U.S.C. § 2201)*

566. Defendants repeat and incorporate by reference paragraphs 1-565 above, as though fully set forth herein.

567. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

568. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

569. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

570. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

571. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

572. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

573. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

### COUNT II – DECLARATION OF NON-INFRINGEMENT OF U.S. PATENT NO. 10,078,623
(28 U.S.C. § 2201)

574. Defendants repeat and incorporate by reference paragraphs 1-573 above, as though fully set forth herein.

575. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

576. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

577. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

578. The allegations of this paragraph do not appear directed to Defendants. To the

51

extent any allegations of this paragraph are directed at Defendants, denied.

579. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

580. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

581. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

**COUNT III – DECLARATION OF NON-INFRINGEMENT OF U.S. PATENT NO. 10,372,793**
*(28 U.S.C. § 2201)*

582. Defendants repeat and incorporates by reference paragraphs 1-581 above, as though fully set forth herein.

583. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

584. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

585. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

586. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

587. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

588. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

589. The allegations of this paragraph do not appear directed to Defendants. To the

extent any allegations of this paragraph are directed at Defendants, denied.

**COUNT IV – DECLARATION OF NON-INFRINGEMENT OF**
**U.S. PATENT NO. 10,482,164**
*(28 U.S.C. § 2201)*

590. Defendants repeat and incorporate by reference paragraphs 1-589 above, as though fully set forth herein.

591. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

592. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

593. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

594. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

595. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

596. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

597. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

**COUNT V – DECLARATION OF NON-INFRINGEMENT OF**
**U.S. PATENT NO. 11,308,260**
*(28 U.S.C. § 2201)*

598. Defendants repeats and incorporate by reference paragraphs 1-597 above, as though fully set forth herein.

599. The allegations of this paragraph do not appear directed to Defendants. To the

extent any allegations of this paragraph are directed at Defendants, denied.

600. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

601. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

602. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

603. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

604. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

605. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

### COUNT VI – DECLARATION OF INVALIDITY OF U.S PATENT NO. 10,042,823
*(28 U.S.C. § 2201; 35 U.S.C. §§ 101, 102, 103, 112, 132)*

606. Defendants repeat and incorporate by reference paragraphs 1-605 above, as though fully set forth herein.

607. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

608. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

609. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

610. The allegations of this paragraph do not appear directed to Defendants. To the

extent any allegations of this paragraph are directed at Defendants, denied.

611. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

612. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

613. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

614. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

**COUNT VII – DECLARATION OF INVALIDITY OF**
**U.S. PATENT NO. 10,078,623**
*(28 U.S.C. § 2201; 35 U.S.C. §§ 101, 102, 103, 112, 132)*

615. Defendants repeat and incorporate by reference paragraphs 1-614 above, as though fully set forth herein.

616. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

617. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

618. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

619. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

620. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

621. The allegations of this paragraph do not appear directed to Defendants. To the

extent any allegations of this paragraph are directed at Defendants, denied.

622. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

623. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

**COUNT VIII – DECLARATION OF INVALIDITY OF**
**U.S. PATENT NO. 10,372,793**
*(28 U.S.C. § 2201; 35 U.S.C. §§ 101, 102, 103, 112, 132)*

624. Defendants repeat and incorporate by reference paragraphs 1-623 above, as though fully set forth herein.

625. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

626. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

627. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

628. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

629. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

630. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

631. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

632. The allegations of this paragraph do not appear directed to Defendants. To the

extent any allegations of this paragraph are directed at Defendants, denied.

**COUNT IX – DECLARATION OF INVALIDITY OF**
**U.S. PATENT NO. 10,482,164**
*(28 U.S.C. § 2201; 35 U.S.C. §§ 101, 102, 103, 112, 132)*

633. Defendants repeat and incorporate by reference paragraphs 1-632 above, as though fully set forth herein.

634. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

635. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

636. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

637. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

638. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

639. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

640. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

641. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

**COUNT X – DECLARATION OF INVALIDITY OF**
**U.S. PATENT NO. 11,308,260**
*(28 U.S.C. § 2201; 35 U.S.C. §§ 101, 102, 103, 112, 132)*

642. Defendants repeat and incorporate by reference paragraphs 1-641 above, as though

fully set forth herein.

643. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

644. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

645. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

646. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

647. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

648. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

649. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

650. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

## COUNT XI – INEQUITABLE CONDUCT
*(As to Defendant Aloft)*

651. Defendants repeat and incorporate by reference paragraphs 1-650 above, as though fully set forth herein.

652. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

653. The allegations of this paragraph do not appear directed to Defendants. To the

extent any allegations of this paragraph are directed at Defendants, denied.

654.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

655.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

656.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

### The Prosecuting Attorneys' and Agents of Aloft and its Related Predecessors-in-Interest Unmistakably and Materially False Statements to the USPTO

657.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

658.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

659.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

660.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

661.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

### Specific Intent to Deceive the USPTO

662.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

663.    The allegations of this paragraph do not appear directed to Defendants.  To the extent any allegations of this paragraph are directed at Defendants, denied.

664. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

665. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

666. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

667. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

668. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

669. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

670. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

### COUNT XII – PROSECUTION LACHES
*(As to Defendant Aloft)*

671. Defendants repeat and incorporate by reference paragraphs 1-670 above, as though fully set forth herein.

672. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

673. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

674. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

**COUNT XIII – VIOLATION OF THE**
**NORTH CAROLINA ABUSIVE PATENT ASSERTION ACT**
*(All Defendants) (N.C. Gen. Stat. §§ 75-140, et seq.)*

675. Defendants repeat and incorporate by reference paragraphs 1-674 above, as though fully set forth herein.

676. Denied.

677. Denied.

678. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

679. Denied.

680. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

681. Denied.

682. Denied.

683. Denied.

684. Denied.

685. The allegations of this paragraph do not appear directed to Defendants. To the extent any allegations of this paragraph are directed at Defendants, denied.

**PLAINTIFF'S PRAYER FOR RELIEF**

Defendants deny any and all remaining allegations not specifically admitted and deny that Plaintiff is entitled to the relief requested in paragraphs a through r of its Prayer for Relief, or to any relief at all. To the extent that any statement in Plaintiff's Prayer for Relief is considered to contain factual allegations that require a response, Defendants deny each and every such allegation.

**AFFIRMATIVE DEFENSES**

61

Without assuming any burden of proof they would not otherwise bear, Defendants assert the following separate and additional affirmative defenses, all of which are pleaded in the alternative.

## First Affirmative Defense

Plaintiff's First Amended Declaratory Judgment Complaint (Dkt. No. 28) fails to state a claim upon which relief can be granted.

## Second Affirmative Defense

Defendants are not subject to personal jurisdiction.

## Third Affirmative Defense

Plaintiff's claims are barred, in whole or in part, under additional principles of equity, including but not limited to equitable estoppel and unclean hands.

## Fourth Affirmative Defense

Plaintiff lacks standing to bring this action.

## Fifth Affirmative Defense

Venue is improper as to Defendants.

## Sixth Affirmative Defense

Venue is inconvenient as to Defendants.

## Seventh Affirmative Defense

Plaintiff's claims are preempted by Federal law.

## Eighth Affirmative Defense

Defendants' actions were made in good-faith in accordance with N.C. Gen. Stat. § 75-143(b)(3), and Defendants are therefore entitled to its costs and fees incurred in this action, including reasonable attorneys' fees in accordance with N.C. Gen. Stat. § 75-145(c).

## Reservation of Rights

Defendants reserve the right to assert any other legal or equitable defenses to which they are entitled.

## JURY DEMAND

Pursuant to Fed. R. Civ P. 38(b), Defendants hereby demand a trial by jury on all issues triable to a jury.

## PRAYER FOR RELIEF

WHEREFORE, Defendants George Street Partners and Todd Schmidt respectfully request the Court to enter:

A.  A judgment that Plaintiff take nothing by its claims;

B.  A judgment awarding Defendants all recoverable damages, costs, expenses, and attorneys' fees to which Defendants are entitled pursuant with N.C. Gen. Stat. § 75-145(c); and

C.  Any and all other relief to which Defendants are entitled.

Dated: July 28, 2023

**BUSS & BENEFIELD, PLLC**

By: */s/ Michael Benefield*
Michael Benefield (*Pro Hac Vice*)
Texas State Bar No. 24073408
michael@bussbenefield.com
Brian Buss (*Pro Hac Vice*)
Texas State Bar No. 00798089
brian@bussbenefield.com
8202 Two Coves Drive
Austin, Texas 78730
Phone: 512-619-4451
Fax: 1-844-637-365

John P. Higgins
John Higgins Law, PLLC
P.O. Box 78589
Charlotte, North Carolina 28271

Telephone: (704) 651-8425
Facsimile: (704) 845-0994
jhiggins@higginslaw.com

*Attorneys for Todd Schmidt and George Street Partners*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Michael Benefield*
Michael Benefield

64