IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SCHAEFER SYSTEMS INTERNATIONAL, INC., )
FRITZ SCHAFER GmbH & CO. KG, and )
SSI SCHAFER HOLDING INTERNATIONAL, )
GmbH, )
)
    Plaintiffs/Counter Defendants, )
) Civil Action No. 3:22-cv-513
    vs. )
)
ALOFT MEDIA, LLC, )
GEORGE STREET PARTNERS, )
TODD SCHMIDT, and )
GEORGE ANDREW GORDON, )
)
    Defendants. )

**STIPULATED DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

The parties hereby give notice that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Dated: November 6, 2023

| | |
|---|---|
| /s/ Samuel Alexander Long, Jr. | /s/ Derek Dahlgren |
| Samuel Alexander Long, Jr. | Derek Dahlgren (*pro hac vice*) |
| (N.C. Bar No. 46588) | DEVLIN LAW FIRM LLC |
| Lucas D. Garber (N.C. Bar No. 47756) | 1526 Gilpin Avenue |
| Tom BenGera (N.C. Bar No. 57019) | Wilmington, DE 19806 |
| SHUMAKER, LOOP & KENDRICK, LLP | T: (410) 375-7230 |
| 101 South Tryon St., Suite 2200 | Email: ddahlgren@devlinlawfirm.com |
| Charlotte, North Carolina 28280 | |
| T: (704) 375-0057 | J. Douglas Grimes |
| Email: along@shumaker.com | Allen, Chesson & Grimes |
|     lgarber@shumaker.com | 505 N. Church Street |
|     tbengera@shumaker.com | Charlotte, NC 28202 |
| | T: (704) 755-6012 |
| *Attorneys for Plaintiffs/Counter Defendants* | Email: dgrimes@allenchesson.com |

1

*Attorneys for Defendants*
*Aloft Media, LLC and George Andrew Gordon*

/s/ Michael Benefield
Michael Benefield (*Pro Hac Vice*)
Brian Buss (*Pro Hac Vice*)
8202 Two Coves Drive
Austin, Texas 78730
T: (512) 619-4451
Email: michael@bussbenefield.com
       brian@bussenefield.com

John P. Higgins
John Higgins Law, PLLC
P.O. Box 78580
Charlotte, North Carolina 28271
T: (704) 651-8425
Email: jhiggins@higginslaw.com

*Attorneys for Defendants*
*Todd Schmidt and George Street Partners*

2

Case 3:22-cv-00513-KDB-DCK   Document 94   Filed 11/06/23   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/ Samuel Alexander Long, Jr.
Samuel Alexander Long, Jr. (N.C. Bar No. 46588)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon St., Suite 2200
Charlotte, North Carolina 28280-0002
T: (704) 945-2901
Email: along@shumaker.com